FILED

2018 JUN -5 AM 11: 36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. CR-18-0345-JFW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 666(a)(1)(B): Bribery of Programs Receiving Federal Funds; 18 U.S.C. § 1512(c)(2): Obstruction of Justice; 18 U.S.C. § 1001(a)(2): Making False Statements] |
| JOHN SARO BALIAN, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 666(a)(1)(B)]

1. The City of Glendale, California ("Glendale") was a local government located in the Central District of California. The Glendale Police Department ("GPD") was Glendale's law enforcement agency. Glendale received Federal assistance benefits in excess of $10,000 during the one-year period beginning April 1, 2016, through March 31, 2017.

2. The United States Marshals Service ("USMS") is a Federal law enforcement agency responsible in part for the apprehension of fugitives. The USMS has a station located within the GPD.

3. At all times relevant to this Information, defendant JOHN SARO BALIAN ("BALIAN") was an agent of Glendale employed in the position of Detective at the GPD.

4. As part of his duties, defendant BALIAN was responsible for responding to reports of crimes, interviewing witnesses, writing investigative reports, and investigating individuals suspected of having committed crimes. Defendant BALIAN was also responsible for conducting background checks on suspects. Defendant BALIAN had authority to access law enforcement databases and to seek the assistance of the USMS to locate fugitives.

5. Beginning in or around February 2017, and continuing through in or around March 2017, in Los Angeles County, within the Central District of California, defendant BALIAN corruptly solicited, demanded, accepted, and agreed to accept a thing of value, namely, money, from D.N., intending to be influenced and rewarded in connection with a business, transaction, and series of transactions of the GPD having a value of $5,000 or more. Specifically, defendant BALIAN solicited, demanded, accepted, and agreed to accept money from D.N., intending to be influenced and rewarded in connection with using law enforcement resources to locate A.B. and others.

## COUNT TWO

[18 U.S.C. § 1512(c)(2)]

Beginning on or about June 16, 2015, and continuing to on or about July 29, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN SARO BALIAN corruptly obstructed, influenced, and impeded, and corruptly attempted to obstruct, influence, and impede an official proceeding, by knowingly and willfully assisting J.G. to avoid arrest in a criminal matter before the United States District Court for the Central District of California.

## COUNT THREE

[18 U.S.C. § 1001(a)(2)]

On or about October 10, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN SARO BALIAN ("BALIAN") knowingly and willfully made a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the executive branch of the government of the United States, specifically, the Federal Bureau of Investigation and the Department of Homeland Security, by stating that defendant BALIAN did not receive money from D.N. and did not recognize J.S., when in truth and fact, as defendant BALIAN then well knew, defendant BALIAN had accepted $2,000 from D.N. to locate A.B. and defendant BALIAN had a criminal business relationship with J.S.

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime
 Section

JEFF MITCHELL
Assistant United States Attorney
Deputy Chief, Violent & Organized
Crime Section