# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 18-345-JFW |
| v. | |
| John Saro Balian | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

John Saro Balian ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute Craig Missakian who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

116 Club Road
*Street Address*

Pasadena, CA 91105     craig@cmlawpartners.com
*City, State, Zip*     *E-Mail Address*

818-802-9811     125202
*Telephone Number*     *Fax Number*     *State Bar Number*

as attorney of record instead of Marc S. Nurik
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  6/29/18

U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)     ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY