AUSA JEFF MITCHELL (Cal. Bar No. 236225)
United States Attorney's Office
312 N. Spring Street, Suite 1300
Los Angeles, California 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>JOHN SARO BALIAN,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 18-00345-JFW<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually filed (**LIST DOCUMENTS**):

EX PARTE APPLICATION  (Under Seal)
[PROPOSED] ORDER TO SEAL (Under Seal)
DOCUMENT (Under Seal)

**Reason:**

[✓]  Under Seal and/or In Camera

[ ]  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ]  Electronic versions are not available to filer

[ ]  Per Court order dated _____

[ ]  Manual Filing required ( *reason* ):

July 9,  2018
_____
Date

JEFF MITCHELL
_____
Attorney Name
UNITED STATES OF AMERICA
_____
Party Represented

*Note:*   *File one Notice of Manual Filing in each case, each time you manually file document(s).*