Name & Address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>JOHN SARO BALIAN,<br><br><br>DEFENDANT. | CASE NUMBER<br><br>CR-18-00345-JFW-1<br><br>**NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Alicia G. Rosenberg _____

on July 13, 2018 _____ at 3:00 _____ ☐ a.m. ☑ p.m.

in courtroom  "550" 5th Floor Roybal Courthouse _____.

☐  is not approved.

☐  Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

07/12/2018 _____  Karl Lozada _____  (213) 894-5419 e-mail prefer
Date                           Deputy Clerk                    Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☑ PSA.