NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-345-JFW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING DOCUMENT |
| v. | |
| JOHN SARO BALIAN, | |
| Defendant. | |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   The government's <u>ex parte</u> application for sealed filing is GRANTED.  The document sought to be filed under seal and the

//

//

//

government's <u>ex parte</u> application for sealed filing shall both be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

IT IS SO ORDERED.

_7/11/18_  
DATE

_[signature]_  
HONORABLE JOHN F. WALTER  
UNITED STATES DISTRICT JUDGE

Presented by:

_[signature]_  
JEFF MITCHELL  
Assistant United States Attorney

2