UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 18-345-JFW**                                      Dated: July 12, 2018
================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Sheri Kleeger | Jeff P. Mitchell |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | present |

Interpreter: None

================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   John Saro Balian                            1)   Craig Missakian
     present in custody                               present - retained

PROCEEDINGS:   **CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance.  Defendant is sworn.

Plea agreement filed under seal on July 11, 2018 is incorporated and made part of the proceeding.  Waiver of Indictment filed on June 28, 2018.

Defendant withdraws his previously entered pleas of not guilty and enters a plea of Guilty to Counts 1, 2, and 3 of the Three-Count Information filed on June 5, 2018.

The Court questions the defendant regarding the pleas of Guilty and finds a factual and legal basis for the pleas.  The Court finds that the defendant, John Saro Balian, has entered his pleas freely and voluntarily with a full understanding of the charges against him and the consequences of his pleas.  The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.  Accordingly, the pleas are accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **September 24, 2018, at 8:30 am**, for sentencing.

Court orders reporter's transcript sealed until further order of this Court.

cc:     USPO, PSA

*Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing.  Failure to meet these deadlines is grounds for sanctions.*

Initials of Deputy Clerk   sr
0/40