| | |
|---|---|
| 1 | Craig H. Missakian (SBN 125202) |
| 2 | LAW OFFICES OF CRAIG MISSAKIAN |
| 3 | 116 Club Road |
| 4 | Pasadena, CA 91105 |
|   | Telephone:  (818) 802-9811 |
| 5 | Email: craig@cmlawpartners.com |
| 6 | |
| 7 | Attorney for Defendant<br>John Saro Balian |

FILED
CLERK, U.S. DISTRICT COURT
July 14, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>John Saro Balian,<br><br>　　　　　Defendant. | Case No. CR 18-345-JFW<br><br>~~[PROPOSED]~~ ORDER SEALING DOCUMENT<br><br>**UNDER SEAL** |

　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　The defendant's ex parte application for sealed filing is GRANTED.  The document sought to be filed under seal and defendant's ex parte application for

///

///

- 1 -

sealed filing shall both be filed under seal.

IT IS SO ORDERED.

July 14, 2108
DATE

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by,

_____
Craig H. Missakian
Attorney for Defendant John Saro Balian