| | |
|---|---|
| Craig H. Missakian (SBN 125202)<br>LAW OFFICES OF CRAIG MISSAKIAN<br>116 Club Road<br>Pasadena, CA 91105<br>Telephone: (818) 802-9811<br>Email: craig@cmlawpartners.com<br><br>Attorney for Defendant<br>John Saro Balian | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>July 14, 2018<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: \_\_\_\_VRV\_\_\_\_ DEPUTY |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>John Saro Balian,<br><br>　　　　　Defendant. | Case No. CR 18-345-JFW<br><br>ORDER GRANTING *EX PARTE* APPLICATION AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE<br><br>**UNDER SEAL** |

Having considered the papers filed in support of Defendant's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("the Application"), and for good cause shown, the Court hereby enters the following Order:

1    The Court hereby GRANTS the Application, and finds that Defendant has
2  shown (1) a likelihood of success on the merits; (2) a likelihood of irreparable harm
3  in the absence of preliminary injunction relief; (3) that the balance of equities tips
4  
5  in his favor; and (4) that preliminary injunctive relief is in the public interest.

6    IT IS HEREBY ORDERED that the Los Angeles Times and each of its
7  parent companies, subsidiaries, or affiliates (collectively "the Los Angeles Times"),
8  
9  directly or indirectly, and whether alone or in concert with others, including any
10 officer, agent, employee, and/or representative of the Los Angeles Times, be and
11 hereby are ENJOINED from:
12 
13 **Disclosing the under seal plea agreement in this case, in whole or in part, or**
14 **publishing any article, piece, post, or other document whether in print or**
15 
16 **electronic format that quotes, describes, summarizes, references, relies on, or**
17 **is derived in any way from the under seal plea agreement in this case and that**
18 **it return forthwith any and all copies of such plea agreement in its possession**
19 
20 **to the United States Attorney's Office for the Central District of California.**

21    IT IS FURTHER ORDERED that the Los Angeles Times appear in the
22 United States District court for the Central District of California, United States
23 
24 Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 7A on July 18,
25 2018 at 9:00 a.m.  Pacific time and show cause why the Court should not enter a
26 preliminary injunction imposing the terms set forth herein pending a hearing and
27 
28 ruling on defendant's anticipated motion for preliminary injunction.

IT IS FURTHER ORDERED that the Los Angeles Times shall serve and file any papers in opposition to the continued restraint not later than 12:00p.m. Pacific Time on July 16, 2018. Defendant shall file any reply not later than 9:00a.m. Pacific Time on July 17, 2018. The Los Angeles Times' opposition shall be filed under seal. The defendant's reply shall be filed under seal.

IT IS FURTHER ORDERED that defendant shall serve the Los Angeles Times with a copy of this order but not the *Ex Parte* Application forthwith. To the extent any article is published prior to issuance of this order, it shall be deleted and removed forthwith.

IT IS SO ORDERED.

July 14, 2018
DATE

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by,

_____
Craig H. Missakian
Attorney for Defendant
John Saro Balian