UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   CR 18-345-JFW                                    Dated: July 17, 2018
================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Miranda Algorri | Jeff P. Mitchell |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

Kelli Sager
Non-Party Press Organization

================================================================

U.S.A. vs (Dfts listed below)                Attorneys for Defendants

1)   John Saro Balian                        1)   Craig Missakian
     present in custody                           retained

_____

PROCEEDINGS:   ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD
               NOT ISSUE

Case called, and counsel make their appearance.

Court and counsel confer.

For the reasons stated on the record, the Court **DENIES** Defendant's Motion for Preliminary Injunction, and the Court **VACATES** its Order Granting Ex Parte Application and Order to Show Cause Why a Preliminary Injunction Should Not Issue, filed July 14, 2018, in its entirety.

:09

Initials of Deputy Clerk  vrv