UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 18-345-JFW**                                                          Dated: July 18, 2018
================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Miranda Algorri | Jeff P. Mitchell |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  | Not Present | Not Present |
|  | Interpreter: None |  |
|  |  | Kelli Sager |
|  |  | Non-Party Press Organization |
|  |  | Not Present |

================================================================
U.S.A. vs (Dfts listed below)                                       Attorneys for Defendants

1)   John Saro Balian                                  1)   Craig Missakian
     present in custody                                     retained

_____

**PROCEEDINGS (IN CHAMBERS):**   **ORDER SETTING HEARING ON REQUEST FOR CLARIFICATION OF JULY 17 RULING**

    The Court sets a hearing on **July 19, 2018 at 11:00 a.m.** on Los Angeles Times Communications LLC's Request for Clarification of the Court's July 17 Ruling.  Counsel for the Government and Defendant shall file briefs setting forth their respective positions by **7:00 a.m. on July 19, 2018.**  Counsel for Defendant and the Government shall provide courtesy copies of their briefs via e-mail to JFW_Chambers@cacd.uscourts.gov.


IT IS SO ORDERED.

Initials of Deputy Clerk  vrv