NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
July 16, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: VRV  DEPUTY

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-345-JFW |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENT |
| v. | |
| JOHN SARO BALIAN, | |
| Defendant. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's _ex parte_ application for sealed filing is GRANTED.  The document sought to be filed under seal and the

//

//

//

government's ex parte application for sealed filing shall both be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

    IT IS SO ORDERED.

July 16, 2018
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/ Jeff Mitchell
JEFF MITCHELL
Assistant United States Attorney