DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

LOS ANGELES TIMES COMMUNICATIONS LLC
JEFF GLASSER (State Bar No. 252596)
202 West First Street
Los Angeles, California 90012
Telephone: (213) 237-3760
Fax: (213) 237-3810

Attorneys for Non-Party Press Organization
LOS ANGELES TIMES COMMUNICATIONS LLC

FILED
CLERK, U.S. DISTRICT COURT
July 16, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VRV___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN SARO BALIAN,<br><br>    Defendant. | Case No. CR 18-345-JFW<br>**\*\*FILED UNDER SEAL PURSUANT TO JULY 14 2018 COURT ORDER\*\***<br>PROOF OF SERVICE OF OPPOSITION OF NON-PARTY MEDIA ORGANIZATION LOS ANGELES TIMES COMMUNICATIONS LLC TO UNCONSTITUTIONAL PRIOR RESTRAINT AND TAKEDOWN ORDER; SUPPORTING DECLARATIONS OF KELLI L. SAGER, JACK LEONARD, AND ALENE TCHEKMEDYIAN WITH EXHIBITS A-I<br><br>Hearing Date: July 18, 2018<br>Time:          9:00 a.m.<br>Courtroom:   Hon. John F. Walter |

# PROOF OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On July 16, 2018, I served the foregoing document(s) described as: **PROOF OF SERVICE OF OPPOSITION OF NON-PARTY MEDIA ORGANIZATION LOS ANGELES TIMES COMMUNICATIONS LLC TO UNCONSTITUTIONAL PRIOR RESTRAINT AND TAKEDOWN ORDER; SUPPORTING DECLARATIONS OF KELLI L. SAGER, JACK LEONARD, AND ALENE TCHEKMEDYIAN WITH EXHIBITS A-I** by forwarding a portable document file to the electronic mail address(es) below and by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Counsel for Defendant John Saro Balian:
Craig H. Missakian
LAW OFFICES OF CRAIG MISSAKIAN
116 Club Road
Pasadena, CA 91105
Email: craig@cmlawpartners.com

Counsel for Plaintiff United States of America:
Jeff P Mitchell
AUSA - Office of US Attorney
Violent and Organized Crime Section
312 North Spring Street 12th Floor
Los Angeles, CA 90012
Email: jeff.mitchell@usdoj.gov

**(FROM ELECTRONIC MAIL ADDRESS kellisager@dwt.com)** at Los Angeles, California.

**(U.S. MAIL)** - I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on July 16, 2018, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

|  |  |
|---|---|
| **Vicky Isensee**<br>Print Name | /s/ Vicky Isensee<br>Signature |

1
PROOF OF SERVICE OF OPPOS. TO RESTRAINING ORDER
4846-9754-7885v.1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899