DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

LOS ANGELES TIMES COMMUNICATIONS LLC
JEFF GLASSER (State Bar No. 252596)
202 West First Street
Los Angeles, California 90012
Telephone: (213) 237-3760
Fax: (213) 237-3810

Attorneys for Non-Party Press Organization
LOS ANGELES TIMES COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-345-JFW |
| Plaintiff, | REQUEST FOR CLARIFICATION OF JULY 17 RULING AS IT RELATES TO SEALING OF DOCUMENTS CONCERNING RESTRAINT ON LOS ANGELES TIMES |
| vs. | |
| JOHN SARO BALIAN, | |
| Defendant. | |

Los Angeles Times Communications LLC ("The Times") respectfully Requests that this Court clarify its ruling on July 17, 2018, as it relates to the prior order requiring parties to file briefs under seal concerning the TRO issued against The Times, and direct that all pleadings concerning this matter be made available immediately to the public on PACER.

1

REQUEST FOR CLARIFICATION RE: SEALING ORDER
4815-4474-9165v.1 0050033-000508

Case 2:18-cr-00345-JFW Document 53 Filed 07/18/18 Page 2 of 9 Page ID #:297

On Saturday, July 14, this Court issued the TRO, restraining The Times from publishing or distributing certain information, and requiring The Times to remove an article it had previously published on its website, latimes.com. That Order also included a briefing and hearing schedule, directing that the parties file their respective briefs under seal. As a consequence, on July 16, 2018, The Times filed its Opposition To Prior Restraint and supporting papers under seal, and counsel representing the parties filed their respective briefs under seal. The Times also submitted its Emergency Petition For Writ Of Mandate and Emergency Motion For Stay to the Ninth Circuit Court of Appeals provisionally under seal, to avoid violating this Court's July 14 sealing order.

On Tuesday, July 17, this Court vacated its July 14 Order "in its entirety." See Ex. A (Minute Order). The Times understood this to mean, as the language suggests, that <u>all aspects</u> of the July 14 Order were vacated – including the direction that papers be filed under seal. That interpretation is consistent with this yesterday's hearing, which was held in open court, and is consistent with well-established authority requiring that court records be available to the public and press, unless strict constitutional requirements are met.[1]

Defendant's counsel, however, is claiming that these pleadings <u>remain sealed</u>, absent further order of this Court, and has demanded that The Times treat all the documents related to the TRO "consistent with their under seal character." See Ex. B (e-correspondence with counsel and clerk). The Times therefore respectfully requests that this Court clarify that the papers filed by the parties on July 16 are no longer under seal.[2]

---

[1] See, e.g., Associated Press v. District Court, 705 F.2d 1143, 1147 (9th Cir. 1983) (recognizing public's and press' constitutional rights of access to court records and finding provisional sealing order of even 48 hours violated First Amendment).

[2] Although The Times has not been served with or seen any other orders from this Court concerning this matter that sealed pleadings related to the TRO, if there are any such orders – including an order sealing Defendant's Ex Parte Application and

2
REQUEST FOR CLARIFICATION RE: SEALING ORDER
4815-4474-9165v.1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Alternatively, The Times requests this Court to treat this request for as an application to immediately unseal all pleadings related to the TRO proceeding against The Times, and direct that those pleadings be made available on PACER. Associated Press, 705 F.2d at 1147 (even 48 hours delay in public access to records in criminal trial violates First Amendment); Courthouse News Serv. v. Planet, 750 F.3d 776, 787 (9th Cir. 2014) (addressing same-day receipt of complaints; "right of access claim implicates the same fundamental First Amendment interests as a free expression claim."); Valley Broadcasting Co. v. United States Dist. Court, 798 F.2d 1289, 1297 (9th Cir. 1986) (ordering trial court to grant access to trial exhibits "on the day [they] are received in evidence; recognizing that immediate relief was required, because the court records "will lose much of their newsworthiness during the pendency of the trial").[3]

Dated: July 18, 2018.

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
BRENDAN CHARNEY

LOS ANGELES TIMES
COMMUNICATIONS LLC
JEFF GLASSER
By /s/ Kelli L. Sager
    Kelli L. Sager

Attorneys for LOS ANGELES TIMES COMMUNICATIONS LLC

---

supporting declaration – The Times requests this Court to immediately vacate those sealing orders as well.

[3] See also Press-Enterprise v. Superior Court, 478 U.S. 1, 13-14 (1986) (First Amendment requires orders limiting access to include "specific, on-the-record findings" of fact justifying the restriction); Oregonian Publ. Co. v. District Court, 920 F.2d 1462, 1467 (9th Cir. 1990) (same; vacating trial court's sealing order); Seattle Times Co. v. Dist. Court, 845 F.2d 1513, 1515 (9th Cir. 1988) (denial of access to court records was "serious injury to an important first amendment right").

3
REQUEST FOR CLARIFICATION RE: SEALING ORDER
4815-4474-9165v.1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   CR 18-345-JFW                               Dated: July 17, 2018

====================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Miranda Algorri | Jeff P. Mitchell |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

Kelli Sager
Non-Party Press Organization

====================================================================

U.S.A. vs (Dfts listed below)                  Attorneys for Defendants

1)   John Saro Balian                          1)   Craig Missakian
     present in custody                             retained

PROCEEDINGS:   ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD
               NOT ISSUE

Case called, and counsel make their appearance.

Court and counsel confer.

For the reasons stated on the record, the Court **DENIES** Defendant's Motion for Preliminary Injunction, and the Court **VACATES** its Order Granting Ex Parte Application and Order to Show Cause Why a Preliminary Injunction Should Not Issue, filed July 14, 2018, in its entirety.

:09

Initials of Deputy Clerk vrv

Page 1 of 1

# EXHIBIT B

| | |
|---|---|
| **From:** | Craig Missakian <craig@cmlawpartners.com> |
| **Sent:** | Tuesday, July 17, 2018 3:49 PM |
| **To:** | Sager, Kelli; shannon_reilly@cacd.uscourts.gov |
| **Cc:** | Stahl, Eric; cmissakian@gmail.com; jeff.mitchell@usdoj.gov; Pearmain, Lina; Charney, Brendan |
| **Subject:** | RE: USA v. Balian, 18-CR-345 - unsealing of TRO and related briefing |

Kelli, Unfortunately, that is not correct. I continue to believe that the only order the court vacated today is the TRO. So, although I do not understand why your client would choose to do so, if it decides to file a motion to unseal, please include all of the papers related to today's proceeding, other than the TRO of course. And in the meantime, please treat the other documents consistent with their under seal character. Thank you.



116 Club Road, Pasadena CA 91105 | craig@cmlawpartners.com | 818.802.9811

---

**From:** Sager, Kelli [mailto:kellisager@dwt.com]
**Sent:** Tuesday, July 17, 2018 3:21 PM
**To:** Craig Missakian; shannon_reilly@cacd.uscourts.gov
**Cc:** Stahl, Eric; cmissakian@gmail.com; jeff.mitchell@usdoj.gov; Pearmain, Lina; Charney, Brendan
**Subject:** RE: USA v. Balian, 18-CR-345 - unsealing of TRO and related briefing

Thank you, Mr. Missakian. It sounds like you are in agreement that the papers filed by the LA Times and by your office yesterday, which were ordered by Judge Walter to be filed under seal in the TRO order that he vacated today in its entirety, should be unsealed, and you are only disputing whether the ex parte application remains under seal. If that is not the case, please let me know, since that will certainly narrow the issues remaining for a motion to unseal if The Times chooses to pursue this further.

And Ms. Reilly, we were simply trying to clarify this issue in what seemed to be the easiest manner; if we need to file a motion to address even the Times' own papers, please let me know.
Sincerely,
Kelli Sager

**Kelli Sager** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6821 | Fax: (213) 633-6899
Email: kellisager@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Craig Missakian [mailto:craig@cmlawpartners.com]
**Sent:** Tuesday, July 17, 2018 3:07 PM
**To:** Sager, Kelli; shannon_reilly@cacd.uscourts.gov
**Cc:** Stahl, Eric; cmissakian@gmail.com; jeff.mitchell@usdoj.gov; Pearmain, Lina; Charney, Brendan
**Subject:** RE: USA v. Balian, 18-CR-345 - unsealing of TRO and related briefing

Ms. Sager,

I think I can clear up the confusion. The court today vacated the TRO, which as you will see says nothing about sealing the ex parte application. The order to seal the ex parte application, including the supporting declaration, was done by separate under seal filing and order, which the court has not vacated. For obvious reasons, we would oppose any effort by the Los Angeles Times to place yet another sensitive, under seal document into the public domain. As such, should you wish to

1

intervene in the criminal case to challenge the sealing order that applies to the ex parte application or the order that covered the other related documents or seek clarification from the court about today's order, it should be by motion and not an email to the courtroom deputy. I believe filing such a motion, however, would in fact be a waste of the court's time.

Craig



116 Club Road, Pasadena CA 91105 | craig@cmlawpartners.com | 818.802.9811

---

**From:** Sager, Kelli [mailto:kellisager@dwt.com]
**Sent:** Tuesday, July 17, 2018 2:44 PM
**To:** Craig Missakian; shannon_reilly@cacd.uscourts.gov
**Cc:** Stahl, Eric; cmissakian@gmail.com; jeff.mitchell@usdoj.gov; Pearmain, Lina; Charney, Brendan
**Subject:** RE: USA v. Balian, 18-CR-345 - unsealing of TRO and related briefing

With due respect to Mr. Missakian, Judge Walter said on the record that his order from Saturday was vacated "in its entirety" – and that order was what required briefs to be filed under seal. There is no other "sealing order" that I am aware of; if there is another order that we need to challenge, we will do so. But we would rather not waste Judge Walter's time with this if, as we believe, his intention today was to vacate his instruction that briefs concerning the LA Times matter be filed under seal.
Sincerely, Kelli Sager

**Kelli Sager** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6821 | Fax: (213) 633-6899
Email: kellisager@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Craig Missakian [mailto:craig@cmlawpartners.com]
**Sent:** Tuesday, July 17, 2018 2:39 PM
**To:** Charney, Brendan; shannon_reilly@cacd.uscourts.gov
**Cc:** Sager, Kelli; Stahl, Eric; cmissakian@gmail.com; jeff.mitchell@usdoj.gov; Pearmain, Lina
**Subject:** RE: USA v. Balian, 18-CR-345 - unsealing of TRO and related briefing

Shannon and Mr. Charney,

Defendant adamantly opposes unsealing any of the materials listed in Mr. Charney's email. The Court did not order those items unsealed today and I would oppose any attempt to do so. The documents (other than the TRO itself) contain references to material that the Court has previously ordered sealed and, as such, those documents should remain protected. The Court did nothing today to vacate or modify any of those prior orders. Moreover, the *ex parte* application was provided to counsel at the direction of the Court with no indication that doing so would alter its under seal character. To the extent the LA Times wishes to challenge any of the Court's sealing orders, it should do so by motion.

Thank you.

Craig



116 Club Road, Pasadena CA 91105 | craig@cmlawpartners.com | 818.802.9811

---

**From:** Charney, Brendan [mailto:BrendanCharney@dwt.com]
**Sent:** Tuesday, July 17, 2018 2:19 PM

2

**To:** shannon_reilly@cacd.uscourts.gov
**Cc:** Sager, Kelli; Stahl, Eric; cmissakian@gmail.com; Craig Missakian; jeff.mitchell@usdoj.gov; Pearmain, Lina
**Subject:** USA v. Balian, 18-CR-345 - unsealing of TRO and related briefing

Ms. Reilly,

I am one of the attorneys representing Los Angeles Times Communications LLC.

Following the hearing this morning in which the Court vacated the TRO against the Los Angeles Times, am I correct in assuming that the TRO and related briefing are no longer sealed? (I.e., the Defendant's ex parte application, The Los Angeles' Times opposition, and the briefs submitted by the USA and the Defendant.)

I very much appreciate your guidance.

Regards,

Brendan


**Brendan Charney** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6824 | Fax: (213) 633-6899
Email: brendancharney@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

3