Craig H. Missakian (SBN 125202)
LAW OFFICES OF CRAIG
MISSAKIAN
116 Club Road
Pasadena, CA 91105
Telephone:  (818) 802-9811
Email: craig@cmlawpartners.com

Attorney for Defendant
John Saro Balian

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. CR 18-345-JFW |
|---|---|
| Plaintiff, | |
| | DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF CRAIG H. MISSAKIAN |
| v. | |
| John Saro Balian, | |
| Defendant. | |

        Defendant John Saro Balian, by and through his counsel of record Craig H.

Missakian, hereby applies ex parte for an order that the Ex Parte Application for

TRO and Order to Show Cause Re Preliminary Injunction, as well as this ex parte

application, be filed under seal.

1        This ex parte application is based on the attached declaration of Craig H.

2   Missakian.

3                                            Respectfully submitted,

4

5                                            Craig Missakian

6                                            _____

7                                            Craig H. Missakian
                                             Attorney for Defendant
8                                            John Saro Balian

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Craig H. Missakian

I, Craig H. Missakian, declare that:

1.      I am an attorney admitted to practice before all of the courts of the State of California and the attorney of record for defendant John Saro Balian ("Balian") in this case. I make this declaration of my own personal knowledge and, if called upon to do so, would and could testify competently to the facts stated herein.

2.      The defendant requests leave to fil the Ex Parte Application for a TRO and OSC re Preliminary Injunction under seal.  Disclosure of the contents of the application, which includes material that is confidential and under seal, would tend

///

///

///

///

///

pending

3.      Accordingly, defendant requests that the Application and this application be filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of July 2018 at Pasadena, California.

_____