1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JEFF MITCHELL (Cal. Bar No. 236225)
4  Assistant United States Attorney
   Deputy Chief, Violent & Organized Crime Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0698
7       Facsimile: (213) 894-3713
        E-mail:   jeff.mitchell@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. CR 18-345-JFW

13              Plaintiff,             GOVERNMENT'S POSITION RE:
                                       DEFENDANT'S APPLICATION FOR
14              v.                     TEMPORARY RESTRAINING ORDER AND
                                       ORDER TO SHOW CAUSE RE:
15  JOHN SARO BALIAN,                  PRELIMINARY INJUNCTION; EXHIBITS

16              Defendant.             **[UNDER SEAL]**

17

18       Plaintiff United States of America, by and through its counsel

19  of record, the United States Attorney for the Central District of

20  California and Assistant United States Attorney Jeff Mitchell, hereby

21  files its position related to Defendant's Application for Temporary

22  Restraining Order and Order to Show Cause Re: Preliminary Injunction.

23  //

24  //

25  //

26

27

28

1    This position is based upon the attached memorandum of points
2    and authorities, the files and records in this case, the attached
3    exhibits, and such further evidence and argument as the Court may
4    permit.

5    Dated: July 16, 2018              Respectfully submitted,

6                                      NICOLA T. HANNA
                                       United States Attorney
7
                                       LAWRENCE S. MIDDLETON
8                                      Assistant United States Attorney
                                       Chief, Criminal Division
9

10

11                                     JEFF MITCHELL
                                       Assistant United States Attorney
12
                                       Attorneys for Plaintiff
13                                     UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

**I.   GOVERNMENT'S POSITION**

The government deeply shares defendant John Saro Balian's ("defendant's") concerns regarding the disclosure and publication of the cooperation plea in this case. However, in the absence of evidence that non-party media organization Los Angeles Times Communications LLC ("The Times") unlawfully obtained that agreement, the government takes no position with respect to defendant's request for a restraining order and an order to show cause.  <u>See generally</u> United States Attorneys' Manual § 1-7.710.  For the Court's assistance, however, the government provides the following statement of facts, supplementing those provided by defendant and The Times.

**II.     STATEMENT OF FACTS**

On July 12, 2018, the government received e-mail notification that the plea agreement had been filed under seal, at Docket No. 36, as "SEALED DOCUMENT – PLEA AGREEMENT."  Due to a clerical error within the court, however, the document was publicly docketed on PACER.

The following day, July 13, defense counsel notified the government that he had received a call from a reporter with The Times, notifying him that (1) the plea agreement was publicly

1    available on PACER, and (2) the reporter intended to publish an

2    article about defendant's cooperation.   The government immediately

3    notified the Court's clerk and others, and as a result of which the

4    document--always marked "UNDER SEAL"--was removed from the public

5    docket.

6         Over the government's and defendant's repeated requests

7    identifying the important concerns at issue, the Times published an

8    article describing the cooperation plea agreement at 10:55am the

9    following morning, July 14, 2018.   The article recognized that the

10   document had been ordered to be filed under seal.   (Opposition,

11   Leonard Decl. ¶ 2 citing Exhibit B; Exhibit A.)[1]   By that time,

12   defendant had sought a temporary restraining order from the Court.

13   The government did not take a position with respect to defendant's

14   motion.   The government received a courtesy copy of the order,

15   subsequently issued by the Court, at 12:28pm.   At approximately

16   5:15pm, The Times appeared to edit the article and removed discussion

17   of the cooperation plea agreement.   (Exhibit B.)[2]

18

19

20

21

22        [1] Defendant's Opposition correctly indicates that the original
     article was published at 10:55am, but defendant's Exhibit B does not
23   appear to be the original article because it contains a time-stamp on
     the first page indicating that it was published at 3:50pm.   The
24   government's Exhibit A is believed to be a copy of the original
     article published at 10:55am.
25
          [2] Defendant's Opposition appears to suggest that the Los Angeles
26   Times removed the cooperation language and republished the article as
     contained in their Exhibit D (Opposition, Leonard Decl. ¶ 4 citing
27   to Exhibit D); however, Exhibit D appears to be an article focusing on
     the District Court's order and not defendant's conduct.   The
28   government believes that its Exhibit B is the republished article
     without the cooperation language.

                                      2

1    Two days later, on July 16, 2018, The Times filed an emergency
2  petition for a writ of mandamus in the Ninth Circuit.   The government
3  takes no position with request to defendant's request for mandamus.

4

5  Dated: July 16, 2018                Respectfully submitted,

6                                      NICOLA T. HANNA
                                       United States Attorney
7
                                       LAWRENCE S. MIDDLETON
8                                      Assistant United States Attorney
                                       Chief, Criminal Division
9

10

11                                     JEFF MITCHELL
                                       Assistant United States Attorney
12
                                       Attorneys for Plaintiff
13                                     UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

SUBSCRIBE
4 weeks for only 99¢

TOPICS        SEARCH

TRIAL OFFER | **4 weeks for 99¢**

| Enough LeBron! True Angelenos root for the Clippers, not the Lakers | Man suspected of attacking wife with chain saw was deported 11 times | Nancy Sinatra Sr., first wife and early muse of Frank Sinatra, dies at 101 | Unmasking estate's big behind Yol... |

ADVERTISEMENT

AdChoice

Has more rear legroom than the 2018
Toyota Camry.

2018 RAV4, CR-V, Escape and Forester don't.

View key claim info

L.A. NOW     LOCAL

# Glendale police detective pleads guilty to obstruction, lying to feds about ties to organized crime

By ALENE TCHEKMEDYIAN    JUL 14, 2018    |    10:55 AM

John Saro Balian, shown in 2006, after he became a spokesman for the Glendale Police Department. (Times Community News)

A Glendale police narcotics detective pleaded guilty this week to charges that he lied to federal investigators about his links to organized crime and tipped off the Mexican Mafia about an upcoming gang sweep, helping a top target avoid arrest, court records show.

John Saro Balian, 45, of Seal Beach pleaded guilty to one count each of soliciting a bribe, obstruction of justice and making false statements to federal investigators as part of a plea agreement he reached with prosecutors. The document was ordered to be filed under seal but appeared on PACER, a public online database for court documents.

According to the agreement, filed in U.S. District Court, Balian agreed to cooperate with federal authorities in interviews and court proceedings. He is scheduled to be sentenced in September, when prosecutors are expected to recommend a reduced sentence.

The charges to which he pleaded guilty carry a maximum sentence of 35 years in prison.

PAID POST    What's This?



Successful Planning for Rising

A message from BNY Mellon Wealth Managem

It may seem premature to establish a long-term pla executive career. But the failure to act now could f

SEE MORE

Balian's attorney, Craig Missakian, declined to comment.

A judge on Friday denied Balian's request to be released on bond. After his May 15 arrest, the judge had ordered he be permanently detained, calling him a flight risk and a danger because of his alleged participation in extortion schemes and witness intimidation, according to court records.

In the bond request this week, Balian argued that new facts should mitigate those concerns.

"These include the nature of the charges defendant faces and the relatively short length of the likely sentence, facts that address certain of the more serious allegations in the complaint affidavit, more information about defendant's past travel and ties to foreign countries, and additional potential surety and bond resources," Balian's application said.

Balian, a veteran officer and former spokesman for the Glendale Police Department, was identified as a person of interest by the



LATEST L.A. NOW

Glendale police detective pleads guilty to obstruction, lying to feds about ties to organized crime

1h

25 injured as tour bus crashes on 10 Freeway in downtown Los Angeles

1h

Former San Diego-area Border Patrol agent pleads guilty to drug charge in federal court

2h

Trump administration unveils new plan to reunite families separated at border

4h

At a storied Chinatown bakery, four generations labor to learn lessons of family

FBI's Eurasian Organized Crime Task Force, which was probing ties between the Mexican Mafia and Armenian organized crime, including several murders, according to the plea agreement.

During the investigation, three confidential informants told authorities about troubling interactions with the detective, which were detailed in a 47-page affidavit.

According to the plea agreement, Balian accepted $2,000 to help locate someone believed to have broken into his associate's office and stolen $100,000 worth of property.

In March 2017, the agreement said, Balian gave information to the U.S. Marshals Services stationed at the Glendale Police Department, causing law enforcement resources to be used in an attempt to find the alleged thief.

In June 2015, Balian overheard Glendale police officers discussing a plan to search and arrest about 22 people in a federal racketeering case targeting the Frogtown gang, which is loyal to the Mexican Mafia, the agreement said.

Balian then tipped off his associates within the Mexican Mafia, saying authorities planned to arrest Jorge Grey, a Frogtown "shotcaller" who was a top target, the affidavit said.

"Tell your boy Bouncer that he's the No. 1 on the list for tomorrow," Balian allegedly warned, according to the affidavit.

Grey fled, and it took agents about a month to arrest him.

Balian "acted corruptly with the specific intent to subvert the due administration of justice for the purpose of enhancing his reputation with the Mexican Mafia," the plea agreement said.

During four interviews with authorities, the plea agreement said, Balian provided false and misleading information to conceal his relationships with the Mexican Mafia and Armenian organized crime.

Balian was one of five Armenian American officers who sued Glendale in 2010, alleging discrimination, retaliation and harassment. The city eventually settled the case.

SUBSCRIBE
4 weeks for only 99¢

LATEST L.A. NOW

Nancy Sinatra, singer-actor, lying to feds about ties to organized robbery, organized crime

1h

25 injured as tour bus crashes on 10 Freeway in downtown Los Angeles

1h

Former San Diego-area Border Patrol agent pleads guilty to drug charge in federal court

2h

Trump administration unveils new plan to reunite families separated at border

4h

At a storied Chinatown bakery, four generations labor to learn lessons of family

5:00 AM

Essential California Newsletter

Monday - Saturday

A roundup of the stories shaping California.

ENTER YOUR EMAIL ADDRESS

SUBSCRIBE
ADVERTISEMENT

TOPICS        SEARCH

TRIAL OFFER | **4 weeks for 99¢**

## Alene Tchekmedyian

| Enough LeBron! True Angelenos root for the Clippers, not the Lakers | Man suspected of attacking wife with chain saw was deported 11 times | Nancy Sinatra Sr., first wife and early muse of Frank Sinatra, dies at 101 | Unmasking estate's big behind Yol Park? |

Alene Tchekmedyian is a Metpro reporter covering breaking news in California. She previously covered Glendale and Burbank police for Times Community News. She received her master's in journalism from Columbia University after graduating from UCLA, where she worked at the student-run Daily Bruin. She currently serves on the UCLA Communications Board, which oversees the university's student-run media publications. She grew up in Huntington Beach.

COMMENTS (6)



JUL 13, 2018

## 12 Russians charged in US with 2016 election hacking

The Justice Department has announced charges against 12 Russian intelligence officers for hacking offenses during the 2016 presidential election.

12 Russians charged in US with 2016 election hacking
Jul 13, 2018

Protesters mock Trump with giant balloon over London
Jul 13, 2018

Rosenstain, Wray grilled in House Hearing

ADVERTISEMENT



SLIDEBELTS

LATEST NEWS

### Former San Diego-area Border Patrol agent pleads guilty to drug charge in federal court

2h

TOPICS          SEARCH

SUBSCRIBE
4 weeks for only 99¢

TRIAL OFFER | **4 weeks for 99¢**

Enough LeBron! True Angelenos root for the Clippers, not the Lakers

Man suspected of attacking wife with chain saw was deported 11 times

Nancy Sinatra, wife and early muse of Frank Sinatra, dies at 101

Unmasking estate's big behind Yol Park?

ADVERTISEMENT



ADVERTISEMENT

## FROM AROUND THE WEB

Sponsored Links by Taboola

SUBSCRIBE
4 weeks for only 99¢

Here's Why Guys Are Obsessed With This Underwear...

URBAN OFFER | 4 weeks for 99¢

**The Weekly Brief | Mack Weldon**

Enough LeBron! True Angelenos root for the Clippers, not the Lakers

Man suspected of attacking wife with chain saw was deported 11 times

Nancy Sinatra Sr., first wife and early muse of Frank Sinatra, dies at 101

Unmasking estate's big behind Yol...

**Rarely Seen Historical Photos Not Suitable For History Books**

Activly.com

**7 Common Credit Card Mistakes People Make & Then Regret Later!**

Viral42

**Duck Dynasty Star Shaves His Beard, Looks Incredible**

Natural Mag

**The absolute fastest U.S. Air Force planes in the sky**

CNET

**Top 7 Reasons Why Girls Should Wear Whatever They Want**

Perfectlight.info

**6 Signs You May Have Cancer**

Signs You

**Top 10 Best Cheap Used Sports Cars**

Autosplus

ADVERTISEMENT



THE ALL-NEW 2018
LINCOLN NAVIGATOR

THE ALL NEW NAVIGATOR

DISCOVER LINCOLN NAVIGATOR →

<u>Sign up</u> for our newsletters

About us
Contact us
Privacy policy
Terms
Site map

Corrections
Archives
Classifieds
Find a job
Shop

TOPICS          SEARCH          Subscribe for unlimited          E-Newspaper          SUBSCRIBE
                                                                                      4 weeks for only 99¢
                                access

                                TRIAL OFFER | **4 weeks for 99¢**

Enough LeBron! True Angelenos          Man suspected of attacking wife          Nancy Sinatra Sr., first wife and          Unmasking
root for the Clippers, not the          with chain saw was deported 11          early muse of Frank Sinatra, dies          estate's big
Lakers                                  times                                    at 101                                    behind Yol

Copyright © 2018, Los Angeles Times

EXHIBIT B

TOPICS

SUBSCRIBE
4 weeks for only 99¢

PRIME DAY | **Shop now for best deals**

The real reason why Trump won't
stand up to Putin

Trump slams Russia probe and
blames U.S. for bad relations
with Putin as the two leaders

The military
plane. Now i
engine up to

ADVERTISEMENT

‹                                                    ›

L.A. NOW      LOCAL

# Glendale police detective pleads guilty to obstruction, lying to feds about ties to organized crime

By ALENE TCHEKMEDYIAN
JUL 14, 2018   |   5:15 PM

John Saro Balian, shown in 2006, after he became a spokesman for the Glendale Police Department. (Times Community News)

TOPICS

SUBSCRIBE
4 weeks for only 99¢

PRIME DAY | **Shop now for best deals**

A Glendale police narcotics detective pleaded guilty this week to charges that he lied to federal investigators about his links to organized crime, accepted a bribe and obstructed justice by tipping off a top criminal target about an upcoming federal raid, helping him avoid arrest, court records show.

John Saro Balian, 45, of Seal Beach entered the plea Thursday as part of an agreement with prosecutors, according to court records. The agreement was sealed by the court.

ADVERTISEMENT

Balian is scheduled to be sentenced in September.

His attorney, Craig Missakian, declined to comment.

A judge on Friday denied Balian's request to be released on bond. After his May 15 arrest, the judge had ordered he be permanently detained, calling

him a flight risk and a danger because of his alleged participation in

SUBSCRIBE
4 weeks for only 99¢

extortion schemes and witness intimidation, according to court records.

PRIME DAY | **Shop now for best deals**

In the bond request this week, Balian argued that new facts should mitigate those concerns.

The leaders by who Trump wasn't stand up to Putin    Trump-island Rhea maybe had blames U.S. for bad relations with Putin as the two leaders    The military plane. Now i engine up to

These include the nature of the charges defendant faces and the relatively short length of the likely sentence, facts that address certain of the more serious allegations in the complaint affidavit, more information about defendant's past travel and ties to foreign countries, and additional potential surety and bond resources," Balian's application said.

Balian, a veteran officer and former spokesman for the Glendale Police Department, was identified as a person of interest by the FBI's Eurasian Organized Crime Task Force, which was probing ties between the Mexican Mafia and Armenian organized crime.

During the investigation, three confidential informants told authorities about troubling interactions with the detective, which were detailed in a 47-page affidavit by Homeland Security Investigations Special Agent Michael Hyland.

One of the informants was a St. Andrews (STA) gang member and an associate of the Mexican Mafia who in October spoke with the Los Angeles Police Department's elite Robbery-Homicide Division from jail, where he was awaiting trial on an extortion charge. In the affidavit, Hyland said the informant probably provided information in the hopes that it would help him with pending state and federal criminal cases.

In one case the informant described, Balian allegedly offered a tip about a gang sweep, allowing a top target — a Frogtown gang member — in a federal racketeering case to flee before agents arrived.

"Tell your boy Bouncer that he's the No. 1 on the list for tomorrow," Balian allegedly warned, according to the affidavit. It took agents another month to arrest the target.

SUBSCRIBE
4 weeks for only 99¢

TOPICS

PRIME DAY | **Shop now for best deals**

| The real reason why Trump won't stand up to Putin | Trump slams Russia probe and blames U.S. for bad relations with Putin as the two leaders | The military plane. Now i engine up to |

The informant also alleged that Balian gave him locations of marijuana grow and drug stash houses — information he was privy to as an officer — and told him to "hit them" before law enforcement could execute their search warrants, according to the affidavit.

Balian also allegedly gave the informant names of people to extort and instructed him to "slap around" people to persuade them to pay money. He allegedly told the informant, who is Latino, that Armenians would not respect or pay him if they didn't fear him, the affidavit said.

The informant said he and Balian communicated using "burners," cellphones they used only with each other for no more than a month at a time. On one of the informant's phones, according to the filing, Balian's burner number was saved in the contacts as "Bro."

The informant alleged that in another incident that Balian offered him and a second man $100,000 to "scare" someone in Commerce, a request that led to a July 2016 shooting of an Armenian businessman's bodyguard, the affidavit said.

ADVERTISEMENT

TOPICS

SUBSCRIBE
4 weeks for only 99¢

PRIME DAY | Shop now for best deals

The real reason why Trump won't
stand up to Putin

Trump slams Russia probe and
blames U.S. for bad relations
with Putin as the two leaders

The military
plane. Now
engine up to

The informant said he was unable to participate but loaned the second man his car. After the encounter, when the man returned the car, they spoke.

"I think I hit him," the second man said, according to the filing. Later, he added, "I think I killed him."

The alleged shooter gave the gun to the informant, who said he gave the gun to Balian, according to the filing.

A second informant who said he had known Balian since middle school told authorities that someone broke into his office in February 2017 and stole a significant amount of property. The informant alleged that Balian agreed to track down the person responsible in exchange for $10,000, partly paid up front, according to the affidavit.

The first informant, the gangster who spoke to authorities from jail, told authorities that Balian told him to rob the man the second informant paid him to hunt down.

"Go hit him. He has all the [expletive]," he recalled Balian saying, according to the affidavit.

When confronted by federal agents in four interviews over the last year, Balian lied about his ties to the Mexican Mafia and Armenian organized crime in Southern California, authorities said.

"I'm not [expletive] on anybody's payroll," he told the LAPD and FBI in one interview when they asked about the second informant.

Balian was one of five Armenian American officers who sued Glendale in 2010, alleging discrimination, retaliation and harassment. The city eventually settled the case.

Balian remains on unpaid leave with the Police Department.

In a statement this week, Glendale Police Chief Carl Povilaitis said Balian's actions "are not consistent with the values" of the department. "A felony conviction disqualifies an individual from being a peace officer in the state of California, and the Glendale Police Department is taking swift and appropriate action."

**5:15 p.m.:** This story has been updated to remove references from the filed plea agreement, which was ordered sealed by a judge but publicly available Friday on the federal court's online document database. The changes were made to comply with an order issued Saturday by a U.S. federal judge. The Times plans to challenge the order.

**3:40 p.m.:** This article was updated with a statement from the Glendale police chief.

*This article was originally published at 10:55 a.m.*

## Essential California Newsletter

Monday - Saturday

A roundup of the stories shaping California.

ENTER YOUR EMAIL ADDRESS

## Alene Tchekmedyian

SUBSCRIBE
4 weeks for only 99¢

PRIME DAY | **Shop now for best deals**

Alene Tchekmedyian is a Metpro reporter covering breaking news in California. She previously covered Glendale and Burbank police for Times Community News. She received her master's in journalism from Columbia University after graduating from UCLA, where she worked at the student-run Daily Bruin. She currently serves on the UCLA Communications Board, which oversees the university's student-run media publications. She grew up in Huntington Beach.

The real reason why Trump won't stand up to Putin

Trump slams Russia probe and blames U.S. for bad relations with Putin as the two leaders

The military plane. Now engine up to

‹        ›

ADVERTISEMENT

COMMENTS (23)

LATEST NEWS

## Russian gun rights advocate is charged in U.S. with acting as Russian Federation agent

9m

## Well, here's some good news. The FCC isn't totally in Sinclair's pocket

20m

Former NFL wideout T.J. Houshmandzadeh connects with a buyer in Newport Coast

SUBSCRIBE

4 weeks for only 99¢

TOPICS

PRIME DAY | **Shop now for best deals**

The real reason why Trump won't stand up to Putin

Amazon Prime Day becomes a flash point for worker strikes and customer protests

29m

Trump slams Russia probe and blames U.S. for bad relations with Putin as the two leaders

The military plane. Now engine up to

‹                                                                                              ›

Johnny Depp reportedly settles $25-million fraud suit with ex-business managers

45m

TOPICS

SUBSCRIBE
4 weeks for only 99¢

LATEST L.A. NOW          PRIME DAY | **Shop now for best deals**

The real reason why Trump won't stand up to Putin

Redlands woman stabbed a man after he exposed himself, police say

1h

Trump slams Russia probe and blames U.S. for bad relations with Putin as the two leaders

The military plane. Now i engine up to

‹        ›

Deadly wildfire near Yosemite National Park almost doubles in size to 9,300 acres

3h

Judge orders L.A. Times to alter story about Glendale cop, sparking protest from newspaper

5h

Two dead following fiery crash on 605 in Norwalk; driver arrested on suspicion of DUI

6:25 AM

Fire near Yosemite explodes as officials mourn firefighter killed on front lines

JUL 15, 2018

## FROM AROUND THE WEB

Sponsored Links by Taboola

### The Facial That Celebrities Say Takes 10 Years Off Your Face

**Town and Country | Hanacure**

### Identical Sisters Born In 2010 Have Grown Up To Become Most Beautiful Twins In The World

**Give It Love**

### You Will Not Believe Macy's Deals for Monday

**Macy's**

### Strongest Military In The World Isn't Who You Thought

PastFactory
　　TOPICS

SUBSCRIBE
4 weeks for only 99¢

**Here's Why Guys Are Obsessed With This Underwear**

**The Weekly Brief | Mack Weldon**

Sessected With ThisoUnderwear deals

The real reason why Trump won't stand up to Putin

Trump slams Russia probe and blames U.S. for bad relations with Putin as the two leaders

The military plane. Now i engine up to

**There Are 7 Types of Irish Last Names — Which One Is Yours?**

❮                                                                      ❯

**Jim Cramer Reveals His Entire Portfolio and Future Trades**

**Topdust for TheStreet**

**This Photo Has Not Been Edited, Look Closer**

**Travelfuntu**

ADVERTISEMENT

About us                                        Corrections

# Sign up for our newsletters

Contact us

Privacy policy

Archives SUBSCRIBE
4 weeks for only 99¢

Classifieds

PRIME DAY | **Shop now for best deals**

The real reason why Trump won't stand up to Putin

Terms

Site map

Find a job

Shop

Advertising

Trump slams Russia probe and blames U.S. for bad relations with Putin as the two leaders

The military plane. Now engine up to

# Subscribe for unlimited access

‹                                                                                  ›

Copyright © 2018, Los Angeles Times