NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN SARO BALIAN,<br><br>        Defendant. | No. CR 18-345-JFW<br><br>GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION TO REDACT DOCUMENT; DECLARATION OF JEFF MITCHELL |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeff Mitchell, hereby applies _ex parte_ for an order to redact portions of the Government's _Ex Parte_ Application For Order to Seal Document. (Dkt. No. 47.)

//

//

//

This *ex parte* application is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: July 20, 2018                    Respectfully submitted,

                                        NICOLA T. HANNA
                                        United States Attorney

                                        LAWRENCE S. MIDDLETON
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                        _____/s/ Jeff Mitchell_____
                                        JEFF MITCHELL
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    INTRODUCTION**

On July 18, 2018, the Los Angeles Times newspaper ("LA Times") filed a request for clarification of the Court's July 17th ruling as it related to the sealing of documents, and requested that "all pleadings" by the parties be unsealed.  (Dkt. No. 53 at 2 n.2, 3.)

The following morning, the Court held a hearing and discussed all pleadings raised by the LA Times.  The Court ordered that the Government's pleadings to remain sealed, but also ordered the government to file a redacted version of the government's pleadings, including the Government's Ex Parte Application for Order Sealing Document (dkt. no. 47), that related to the Government's Position Re: Request for Clarification of July 17 Ruling.  During the hearing, the Court found that paragraphs 2(a)-(c) of the Government's Ex Parte Application contain sensitive information that would harm the government's investigations and place the defendant at risk if those paragraphs were disclosed to the public.

The government submits that paragraph 2(d) of the Government's Ex Parte Application (dkt. no. 47) also contains sensitive information that would harm the government's investigations and place the defendant at risk if those paragraphs were disclosed to the public.  The government hereby applies to the Court for an order to redact paragraph 2(d).[1]

---

[1] The government has communicated with defendant and the LA Times and neither party objects to the request to redact paragraph 2(d).

## II.   ARGUMENT

As the Court acknowledged during yesterday's hearing, it has the authority to redact portions of sealed documents before unsealing. See United States v. Kaczynski, 154 F.3d 930, 931-32 (9th Cir. 1998)(redacting sensitive portions of document before unsealing).

Here, without revealing the specific contents of any sealed documents, the government submits that there are clear, compelling interests that would be harmed if paragraph 2(d) is unsealed and made available to the public.  Paragraph 2(d) of the government's ex parte application describes a target of the government's on-going investigation that is sensitive in nature and not appropriate for public disclosure.  This target was not described in the LA Times article or even in the Criminal Complaint.  As the government described in its ex parte application, public disclosure at this time would frustrate government interests.

## III. CONCLUSION

Based on the foregoing, the government respectfully requests that the Court order paragraph 2(d) be redacted.

## DECLARATION OF JEFF MITCHELL

I, Jeff Mitchell, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.   I represent the government in this case.

2.   The government requests leave to redact paragraph 2(d) of the Government's Ex Parte Application for Order to Seal Document. (Dkt. No. 47.)

3.   On July 20, 2018, counsel for defendant informed me he joins in the government's request, and does not believe that another hearing is necessary.

4.   On July 20, 2018, counsel for the LA Times informed me that the LA Times does not object to the request, and does not believe that another hearing is necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 20, 2018.

/s/ Jeff Mitchell
_____
JEFF MITCHELL