UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   CR 18-345-JFW                                                        Dated: July 19, 2018
================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Miranda Algorri | Jeff P. Mitchell |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

Kelli Sager
Non-Party Press Organization

================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   John Saro Balian                            1)   Craig Missakian
     Not present                                      Retained

_____

**PROCEEDINGS:**   **HEARING ON REQUEST FOR CLARIFICATION OF JULY 17 RULING**

Case called, and counsel make their appearance.  Defendant's presence is waived.

Court and counsel confer.

The Court hears oral argument.

For the reasons stated on the record, the Court rules as follows: (1) the Court unseals the following documents: Docket Numbers 39, 42, 48, 50, 51, and 52; and (2) the Court concludes that the following documents shall remain under seal:  Docket Numbers 38, 41, 47, and 49.  Counsel shall file redacted versions of Docket Numbers 38, 41, 47, and 49 as discussed on the record.

:48

Initials of Deputy Clerk  vrv