```
 1 │ NICOLA T. HANNA
   │ United States Attorney
 2 │ LAWRENCE S. MIDDLETON
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ JEFF MITCHELL (Cal. Bar No. 236225)
 4 │ Assistant United States Attorney
   │ Deputy Chief, Violent & Organized Crime Section
 5 │      1300 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California 90012
   │      Telephone: (213) 894-0698
 7 │      Facsimile: (213) 894-3713
   │      E-mail:    jeff.mitchell@usdoj.gov
 8 │
   │ Attorneys for Plaintiff
 9 │ UNITED STATES OF AMERICA

10 │               UNITED STATES DISTRICT COURT

11 │            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 │ UNITED STATES OF AMERICA,        No. CR 18-345-JFW

13 │             Plaintiff,           ORDER [62]

14 │             v.

15 │ JOHN SARO BALIAN,

16 │             Defendant.

17
18
19
20
21
22
23
24
25
26
27
28
```

For good cause shown, and the reasons stated during the July 19, 2018 hearing, IT IS HEREBY ORDERED THAT:

The Government's <u>Ex Parte</u> Application to redact paragraph 2(d) of the Government's <u>Ex Parte</u> Application for Order to Seal Document (dkt. no. 47) is GRANTED.  The government shall redact paragraph 2(d) and filed a redacted document.  All other findings and orders shall remain in effect.

IT IS SO ORDERED.


 July 20, 2018
DATE                                    HONORABLE JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE

Presented by:


    /s/ Jeff Mitchell
JEFF MITCHELL
Assistant United States Attorney

2