UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:18-CR-00345-JFW |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| JOHN SARO BALIAN, | ) | Thursday, November 15, 2018 |
| | ) | (10:05 a.m. to 10:07 a.m.) |
| Defendant. | ) | |

REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER
BOND HEARING

BEFORE THE HONORABLE ALICIA G. ROSENBERG,
UNITED STATES MAGISTRATE JUDGE

(SEALED PORTION OMITTED)

**APPEARANCES:**

| | |
|---|---|
| For The Government: | JEFF P. MITCHELL, ESQ.<br>Assistant United States Attorney<br>312 North Spring Street<br>Los Angeles, CA 90012 |
| For The Defendant: | CRAIG H. MISSAKIAN, ESQ.<br>116 Club Road<br>Pasadena, CA 91105 |
| Court Reporter: | Recorded; CourtSmart |
| Courtroom Deputy: | K. Lozada |
| Transcribed by: | Exceptional Reporting Services, Inc.<br>P.O. Box 18668<br>Corpus Christi, TX 78480-8668<br>361 949-2988 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

**Los Angeles, CA; Thursday, November 15, 2018; 10:05 a.m.**

**(Call to Order)**

**THE CLERK:** Please be seated. Calling Case Number CR-18-345-JFW. The United States of America versus John Saro Balian. Counsel please state your appearances for the record.

**MR. MITCHELL:** Good morning, your Honor, Jeff Mitchell on behalf of the United States.

**MR. MISSAKIAN:** Good morning, your Honor, Craig Missakian on behalf of the defendant, John Balian, who is here with me in court.

**THE COURT:** All right. Thank you. So we are here on your bail review application, and there isn't much information in the application. So, you have the floor --

**MR. MISSAKIAN:** Thank you, your Honor.

**THE COURT:** -- as to the basis for the application.

**MR. MISSAKIAN:** Thank you. I appreciate it. Before we get into the details I would make a motion to have the courtroom sealed for these proceedings.

**THE COURT:** And do you want to explain the basis for your request?

**MR. MISSAKIAN:** I would be happy to do so at side bar. I don't -- I'm not prepared or willing to discuss it in open court.

**THE COURT:** Okay. So what we'll do is I'd like to close the courtroom and I'll hear the application --

1    **MR. MISSAKIAN:**  Thank you.

2    **THE COURT:**  -- and then make a ruling upon the
3 application.

4    **MR. MISSAKIAN:**  Thank you, your Honor.

5    **THE COURT:**  Do we have someone who can -- I don't
6 know who we have in the courtroom.

7    **MR. SPEAKER:**  Who do you want excluded?

8    **MR. MISSAKIAN:**  This gentleman in the back.  The rest
9 of the folks are family members of Mr. Balian.

10    **THE COURT:**  Ah, okay.

11    **MR. MISSAKIAN:**  Thank you, your Honor.

12       **(Sealed portion omitted from 10:07 to 10:45 a.m.)**

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____     January 7, 2019_

TONI HUDSON, TRANSCRIBER