NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-7631
    E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>JOHN SARO BALIAN,<br><br>       Defendant. | No. CR 18-345-JFW<br><br>GOVERNMENT'S POSITION RE: SENTENCING; DECLARATION OF IRS SPECIAL AGENT OLEG POBEREYKO; EXHIBITS<br><br>SENTENCING DATE:  3/8/2019 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeff Mitchell, hereby files its sentencing position relating to defendant John BALIAN.

//

//

//

The government's position regarding sentencing is based upon the attached memorandum of points and authorities, the declaration of Special Agent Oleg Pobereyko, the attached exhibits, the files and records in this case, the Presentence Report, and any other evidence or argument that the Court may wish to consider at the time of sentencing.

Dated: February 25, 2019            Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney

                                    LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                          */s/ Jeff Mitchell*
                                    JEFF MITCHELL
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**TABLE OF CONTENTS**

DESCRIPTION                                                              PAGE

TABLE OF AUTHORITIES...................................................ii

MEMORANDUM OF POINTS AND AUTHORITIES...................................1

I.    INTRODUCTION....................................................1

II.   THE PRESENTENCE REPORT.........................................2

III.  PROBATION OFFICE'S RECOMMENDATION..............................3

IV.   OBJECTIONS TO THE PRESENTENCE REPORT...........................3

      A.    Paragraph 26.............................................3

      B.    Paragraph 33.............................................4

      C.    Paragraphs 36, 37, and 43................................5

      D.    Sentencing Guidelines Calculation.......................6

V.    THE GOVERNMENT'S RECOMMENDATION................................6

      A.    THE NATURE AND CIRCUMSTANCES OF THE OFFENSE AND THE
            HISTORY AND CHARACTERISTICS OF THE DEFENDANT.............6

      B.    THE NEED FOR THE SENTENCE IMPOSED.......................8

      C.    NEED TO AVOID UNWARRANTED SENTENCE DISPARITIES..........9

      D.    AN UPWARD DEPARTURE OR VARIANCE IS WARRANTED............9

VI.   CONCLUSION....................................................11

# TABLE OF AUTHORITIES

DESCRIPTION                                                                 PAGE

**Federal Statutes**

18 U.S.C. § 205(a)(2) .............................................. 9

18 U.S.C. § 371 .................................................... 9

18 U.S.C. § 666(a)(1)(B) ........................................... 1

18 U.S.C. § 1001(a)(2) ............................................. 1

18 U.S.C. § 1001(a)(3) ............................................. 9

18 U.S.C. § 1512(c)(2) ............................................. 1

18 U.S.C. § 1519 ................................................... 9

18 U.S.C. § 3553(a) ................................................ 6

**Federal Rules**

USSG § 2B1.1(c) .................................................... 5

USSG § 2B1.1(c)(3) ................................................. 5

USSG § 3B1.3 ....................................................... 3

USSG § 5K2.21(2) .................................................. 11

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    INTRODUCTION

On July 12, 2018, defendant pled guilty to a three-count Information which charged defendant with Bribery of Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(B); Obstruction of Justice, in violation of 18 U.S.C. § 1512(c)(2); and Making False Statements, in violation of 18 U.S.C. § 1001(a)(2). (PSR ¶ 1.)

In defendant's plea agreement, he admitted to the following facts:

> In approximately January 2017, an unknown individual or individuals burglarized D.N.'s business office and stole property valued over $100,000.  D.N. believed that A.B. was the individual who burglarized D.N.  The following month, defendant agreed to accept $10,000, and did in fact accept a $2,000 deposit, from D.N, in exchange for defendant attempting to locate A.B. and retrieving the stolen property.  In approximately March 2017, defendant caused law enforcement resources to be used to locate A.B., including providing information to the United States Marshals Services ("USMS") who were stationed at the Glendale Police Department ("GPD"), in an attempt to employ the USMS to locate A.B.

> At the time defendant agreed to help locate A.B., defendant was employed as a Police Officer and Detective with the City of Glendale and the GPD.  The City of Glendale received federal benefits in excess of $10,000 during the one-year period beginning on April 1, 2016 through March 31, 2017.  Defendant acted corruptly with the intent to be rewarded in connection with using law enforcement resources at the GPD to locate A.B. and retrieve the stolen property. The value of using such law enforcement resources exceeded $5,000.

> In June 2015, defendant overheard GPD officers discussing a plan to search and arrest approximately 22 defendants in a Federal Racketeering case targeting the "Frogtown" gang in Northeast Los Angeles, which is loyal to, and works at the direction of, the Mexican Mafia.  After overhearing this information, defendant contacted his associates within the Mexican Mafia and informed them that law enforcement planned to arrest Jorge Grey, the "shotcaller" of the "Frogtown" gang and lead defendant in <u>United States v. Jorge Grey, et al.</u>, CR No. 15-334-PSG.  Defendant's

information caused Grey to flee shortly before the planned arrest.  Grey was a fugitive for approximately one month before being apprehended by law enforcement.  Defendant acted corruptly with the specific intent to subvert the due administration of justice for the purpose of enhancing his reputation with the Mexican Mafia.

In 2017, the FBI, DHS, and the Los Angeles Police Department were investigating the relationship between the Mexican Mafia and Armenian Organized Crime, including several murders.  Defendant was interviewed by the FBI and DHS on four different occasions: April 20, 2017, June 21, 2017, August 30, 2017, and October 10, 2017.  In each interview, defendant knowingly, willfully, and deliberately provided materially false and misleading information to the FBI and DHS to conceal his relationships with the Mexican Mafia and Armenian Organized Crime.

For example, during the October 10, 2017 interview with the FBI and DHS, defendant falsely stated that defendant did not receive money from D.N. and did not recognize Mexican Mafia associate J.S., when in truth and fact, as defendant then well knew, defendant had agreed to accept $10,000 from D.N. to locate A.B. and retrieve stolen property, and defendant had a criminal business relationship with J.S.  During the same interview, defendant also concealed and covered up the fact that he had a close relationship with Mexican Mafia member J.L. when defendant was questioned by the FBI and DHS.

(Plea Agreement ¶ 18.)

## II.   THE PRESENTENCE REPORT

The United States Probation Office ("USPO") prepared a Presentence Report ("PSR"), which was disclosed to the parties on August 20, 2018.  The PSR calculated the total offense level applicable to defendant to be 16.  (PSR ¶ 50.)  The PSR also calculated a criminal history category of I.  (PSR ¶ 56.)  The PSR calculated the guideline sentence to be 21 to 27 months' imprisonment, between one and three years' of supervised release, a mandatory special assessment of $300, and a fine in the range of $10,000 and $95,000.  (PSR ¶¶ 79, 82, 87, 88.)

**III.  PROBATION OFFICE'S RECOMMENDATION**

The United States Probation Office has recommended the following sentence: a 27-month term of imprisonment, a three-year term of supervised release, a special assessment of $300, and a fine of $95,000.  (USPO Rec. Letter at 1-2.)

**IV.  OBJECTIONS TO THE PRESENTENCE REPORT**

The United States objects to the following findings set forth in the PSR:

**A.  Paragraph 26**

In paragraph 26, the PSR declined to assess a two-level role enhancement for abusing public trust, pursuant to USSG § 3B1.3, for defendant's conduct related to Count One -- Bribery.[1]  According to § 3B1.3, the enhancement applies if defendant abused the public trust "in a manner that significantly facilitated the commission . . . of the offense."  (Id.)

Application Note 2(B) provides guidance to the Court and states that the enhancement should apply when "[a] defendant . . . exceeds or abuses the authority of his or her position in order to . . . use without authority, any means of identification."  This same Application Note provides two examples which resemble the facts of this case.  The first of which states that the enhancement would apply when "a hospital orderly . . . exceeds or abuses the authority of his or her position by obtaining or misusing patient identification information from a patient chart."  USSG § 3B1.3, n.2(B)(ii).

---

[1] The government agrees with the probation officer that defendant maintained a position of public trust while employed with the Glendale Police Department.  (PSR ¶ 33.)

3

Here, defendant abused his position as a police officer to access a law enforcement database and used A.B.'s name and date of birth to aid his search.  (Exhibit A.)[2]  Exhibit A indicates that defendant logged into the database on February 9, 2017, and entered A.B.'s name and date of birth in order to obtain information to aid his search.  Subsequently, defendant provided information to the USMS who were stationed at the GPD, in an attempt to employ the USMS to locate A.B.  (Plea Agreement ¶ 18.)  Based on this evidence, defendant abused his position as a police officer and used the resources available to him to "significantly facilitate[] the commission . . . of the offense."  For these reasons, the enhancement is warranted.

**B.    Paragraph 33**

In paragraph 33, the PSR assessed a two-level role enhancement for abusing public trust for defendant's conduct related to Count Two -- Obstruction of Justice.  The government believes that it lacks evidence to show that defendant used his position as a police officer to "significantly facilitate[] the commission" of Count Two.  Count Two relates to when defendant advised members of the Mexican Mafia that law enforcement planned to arrest Jorge Grey, the shotcaller of the Frogtown gang.  The government lacks evidence to show that defendant obtained the necessary information to warn Grey from his position as a police officer.  While defendant agreed to a factual basis that indicates that he "overheard" police officers discussing plans to arrest Grey and others, there is no evidence to

---

[2] Exhibit A is a copy of defendant's queries into a law enforcement database called "Complinks," and sometimes referred to as "Coplinks."

4

show how defendant was able to obtain and hear such information. The government is not aware of defendant using his position as a police officer to attend task force meetings in which the arrests were planned, or to access any databases in which the arrests were described. For these reasons, the government does not believe the enhancement is warranted.

Even if the Court were to find sufficient evidence to support the enhancement for Count Two, it would not result in a greater multiple count adjustment and, therefore, would not affect the total offense level.

### C.   Paragraphs 36, 37, and 43

In paragraphs 36 and 37, the PSR found that the base offense level for Count Three (Making False Statements) should be 14 by interpreting the cross-reference subgraphs in USSG § 2B1.1(c). Section 2B1.1(c)(3) states that if (1) the defendant was convicted under a statute proscribing false statements, and (2) "the conduct set forth in the count of conviction establishes an offense specifically covered by another guideline . . . , apply that other guideline." The PSR relies on this language to find that the underlying conduct of Count Three relates to § 2J1.2. Section 2J1.2 relates to offenses involving Obstruction of Justice.

The underlying conduct described in Count Three of the Information, as well as the factual basis in the plea agreement, relates to (1) the bribe offered by D.N., and (2) defendant's denial of knowing J.S. and J.L. The PSR, however, does not indicate how either conduct relates to Obstruction of Justice. For these reasons, the government objects to a base offense level of 14 for

Count Three, and to the resulting additional point in the multiple count adjustment calculation in paragraph 43.

### D.   Sentencing Guidelines Calculation

The government submits that the Sentencing Guidelines calculation should be as follows:

| | |
|---|---|
| Leading Base Offense (Count One) | 14 |
| Value of Bribe | +2 |
| Abuse of Trust for Count One | +2 |
| Multiple Count Adjustment | +2 |
| Acceptance of Responsibility[3] | -3 |

## V.   THE GOVERNMENT'S RECOMMENDATION

The United States objects to the Probation Officer's recommended sentence.  Accordingly, and as set forth herein, the United States submits that defendant should receive an upward departure or variance and be sentenced to a term of 36 months' imprisonment, followed by a three-year term of supervised release, a mandatory special assessment of $300, and a fine of $95,000.  The recommended sentence addresses the considerations set forth at 18 U.S.C. § 3553(a), as discussed herein.

### A.   THE NATURE AND CIRCUMSTANCES OF THE OFFENSE AND THE HISTORY AND CHARACTERISTICS OF THE DEFENDANT

Section 3553(a)(1) provides that the Court shall consider the nature and circumstances of the offense and the history and characteristics of the defendant.

---

[3] The United States, thus, hereby moves and requests the Court to grant defendant the additional 1-level reduction, pursuant to Section 3E1.1(b) of the Sentencing Guidelines based on the timely notification of defendant's intention to plead guilty.  U.S.S.G. § 3E1.1(b).

Defendant had a successful career as a law enforcement officer and small business owner, but then made a conscious decision to turn to a life of crime and join forces with Armenian Organized Crime and the Mexican Mafia.  Defendant blatantly disregarded his sworn oath to protect and serve, and instead chose to subvert law enforcement, place other officers at risk, and live the life of a gang member. As the probation officer points out, defendant's conduct was that of an active gang member.  "He kept watch for criminals, acted on their behalf, and profited from criminal activity." (USPO Rec. Letter at 4.)

Regardless of whether defendant's conduct qualifies for an abuse of public trust enhancement, defendant abused the trust placed in him, and did so in reckless disregard for the safety of others.  As the probation officer correctly notes, the most egregious part of defendant's conduct is the fact that defendant used his contacts in the Mexican Mafia to notify the shotcaller of the Frogtown gang that a Federal task force intended to arrest him.  Luckily, the shotcaller decided to flee, as opposed to stand and fight.  The probation officer's concern that the shotcaller could have injured or killed officers if he had decided to lay and wait is not baseless speculation.  Indeed, several California police officers have been shot while attempting to arrest suspects in recent years.[4]

---

[4] https://www.nbclosangeles.com/news/local/Whittier-California-Police-Officer-Shooting-Death-Trial-Death-Penalty-474318323.html

https://nypost.com/2018/09/11/video-shows-dramatic-shooting-of-los-angeles-cop-suspect/

https://abc7.com/news/swat-officer-critically-injured-in-san-gabriel-shooting/369176/

https://www.reuters.com/article/us-california-crime-idUSKCN1OR1IV

Defendant, a police officer himself, would have known better than anyone else the dangers of informing a gang member of an imminent arrest.

Moreover, defendant did not commit his crimes out of necessity. While it remains unclear how much defendant profited from his relationship with Armenian Organized Crime and the Mexican Mafia, an analysis of two of defendant's bank accounts show cash deposits of approximately $146,653.00. (Exhibits B, C.) Approximately $97,600 of those deposits were made into a joint account with defendant's girlfriend, as opposed to the account he used to support his wife and children.

**B.    THE NEED FOR THE SENTENCE IMPOSED**

Section 3553(a)(2) provides that in determining the particular sentence, the Court shall consider the need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense, and afford adequate deterrence to criminal conduct.

Defendant's conduct is egregious and he continues to lack a proper respect for the law. Specifically, the PSR notes that defendant quick-deeded his home after he was interviewed by the FBI for a fourth time and shortly before his arrest. (PSR ¶ 73(b).) These circumstances suggest that defendant attempted to evade law enforcement's efforts to impose a financial punishment. Moreover, defendant has repeatedly and continuously lied to law enforcement which have frustrated their efforts to conduct meaningful investigations of defendant's criminal associates. For all of these

1   reasons, a significant period of imprisonment is needed to impress

2   upon defendant a proper respect for the law.

3         In mitigation, defendant's access to law enforcement resources

4   has now ended, and he will be unable to use those resources to

5   reoffend; however, the government believes that defendant is still a

6   high-risk for reoffending, given his connections to those engaging in

7   criminal activity.  Indeed, defendant appears to have surrounded

8   himself with Armenian Organized Crime and the Mexican Mafia.

9         **C.    NEED TO AVOID UNWARRANTED SENTENCE DISPARITIES**

10        Section 3553(a)(6) provides that in determining the particular

11   sentence, the Court shall consider the need to avoid unwarranted

12   sentence disparities.  Defendant is the only defendant charged in

13   this case; however, following the recommended sentencing guideline

14   range will avoid unwarranted sentence disparities among defendants

15   with similar records who have been found guilty of similar conduct.

16        While not directly tied to the instant investigation, the

17   government is aware that former Homeland Security Investigations

18   Special Agent Felix Cisneros, was recently convicted at trial in

19   United States v. Felix Cisneros Jr., CR No. 17-229-CAS, and

20   sentenced to 12 months and one day.  Cisneros was convicted of

21   conspiracy to aid or assist entry of an alien convicted of an

22   aggravated felony, acting as an agent on behalf of another in a

23   covered matter affecting the United States, falsification of

24   records, obstruction of justice, and making false statements, in

25   violation of 18 U.S.C. §§ 371, 205(a)(2), 1519, and 1001(a)(3).

26        **D.    AN UPWARD DEPARTURE OR VARIANCE IS WARRANTED**

27        Section 5K2.0 of the Guidelines state that a departure or

28   variance may be appropriate when "there exists an aggravating . . .

1    circumstance . . . of a kind, or to a degree, not adequately taken

2    into consideration by the Sentencing Commission . . . ."  Section

3    5K2.21 states that "the court may depart upward to reflect the actual

4    seriousness of the offense based on conduct (1) . . . underlying a

5    potential charge not pursued in the case as part of a plea agreement

6    or for any other reason; and (2) that did not enter into the

7    determination of the applicable guideline range."

8        Here, the Complaint Affidavit and the PSR describe several

9    incidents of additional criminal conduct.  For instance, the PSR

10   summarizes information obtained from three informants who advised law

11   enforcement that defendant was involved in auto-theft, extortion,

12   aiding the Mexican Mafia burglarize drug stash houses, and witness

13   tampering.  (PSR ¶¶ 51, 52; See also Complaint Affidavit ¶¶ 9, 13,

14   29, 66, 71, 74, 76.)  However, these crimes have not been charged and

15   the government is not aware of any additional evidence to corroborate

16   the informants at this time.

17       In addition, the Complaint Affidavit summarizes information

18   obtained from CHS-3 describing defendant's involvement in an

19   attempted murder.  According to CHS-3, defendant hired a Mexican

20   Mafia associate to scare L.T.  (Complaint Affidavit ¶¶ 79-80.)  The

21   Mexican Mafia associate proceeded to shoot at L.T.'s son and hit the

22   driver of L.T.'s car.  (Id.)  CHS-3, who was also a Mexican Mafia

23   associate at the time, considered participating in the shooting with

24   the other Mexican Mafia associate but ultimately decided not to

25   participate.  (Id. ¶ 79.)  Instead, CHS-3 allowed the Mexican Mafia

26   associate to borrow his vehicle for the shooting.  (Id.)  According

27   to CHS-3, after the shooting, the Mexican Mafia associate went to

28   CHS-3's residence in downtown Los Angeles and eventually called

defendant for assistance.  (Id. ¶ 81.)  Cell Tower records show that defendant drove to downtown Los Angeles in the vicinity of CHS-3's residence at approximately 10:37pm on the night of the shooting. (Id. ¶ 84.)  According to the police record, a witness's description of the suspect vehicle from the shooting matched CHS-3's vehicle. (Id. ¶ 83.)  Moreover, to the government's knowledge, the only connection between L.T.'s son and the Mexican Mafia associate is the defendant, and that defendant has not been on good terms with L.T. for several years.  The government is not aware of any additional evidence corroborating CHS-3 at this time, but the Los Angeles Police Department is currently investigating this shooting.

None of the above-described conduct is taken into account by the Guidelines.  Moreover, the government believes that it will never know the full extent of defendant's criminal activities.

In addition, the fact that defendant was a police officer who blatantly disregarded his sworn oath to protect and serve, and instead chose to subvert law enforcement, place other officers at risk, and live the life of a gang member "did not enter into the determination of the applicable guideline range."  (USSG § 5K2.21(2).)  For these reasons, an upward departure or variance is warranted.

## VI.  CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court impose a sentence of 36 months' imprisonment, three years' of supervised release, a special assessment of $300, and a fine of $95,000.

DECLARATION OF OLEG POBEREYKO

I, Oleg Pobereyko, declare as follows:

1.    I am a Special Agent ("SA") with the Internal Revenue Service – Criminal Investigation Division in the Los Angeles Field Office and have served in this capacity since January 2010.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.    As part of my training as an SA, I attended the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training in criminal and financial investigative techniques with an emphasis in accounting and criminal tax law.  My training included courses in law enforcement techniques, federal criminal statutes, criminal investigations, execution of search warrants, financial investigative techniques, and legal principles and statutes representing criminal violations of the United States Code as enumerated in Titles 18, 26, and 31.  My formal education includes a master's degree in Business Administration from Salve Regina University in Newport, Rhode Island.  From approximately 2016 through early 2018, I was part of the Federal Bureau of Investigation's Eurasian Organized Crime Task Force, during which I participated in the investigation of Glendale Police Officer John Saro Balian.

3.    During the investigation of Balian, I obtained bank records for several bank accounts controlled by Balian, including a Bank of America account ending in 1405, and a JP Morgan Chase account ending in 3379.

4.    From my review of bank records, I determined that the Bank of America account was opened by John Balian on April 19, 2009, and ATM images show Balian as the only user of the account.  From my

review, I determined that between February 13, 2012 and June 15, 2016, Balian deposited $49,046.00 in cash into the Bank of America account.  A copy of my analysis is attached hereto as Exhibit B.

5.   From my review of bank records, I determined that the JP Morgan Chase account was opened by John S. Balian and Sandra Luz Salinas Garza on January 30, 2014.  From my review, I determined that Balian frequently deposited money into the account from the Los Angeles area, while Salinas deposited and withdrew money in Texas. Between March 4, 2014 and January 25, 2016, I determined that Balian deposited $97,607.00 in the Los Aneles area into the JP Morgan Chase account.  A copy of my analysis is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 25, 2019.

_Oleg Pobereyko_

_____
OLEG POBEREYKO

2

EXHIBIT A

BALIAN'S COMPLINK QUERIES

| AGENCY | USERNAME | STARTTIME | QUERY | DOB | ETHNICITY | GENDER | REASON |
|---|---|---|---|---|---|---|---|
| 7 | JBALIAN | 03/31/2015 13:03 | | | | | |
| 7 | JBALIAN | 03/31/2015 13:04 | | | | | |
| 7 | JBALIAN | 03/31/2015 13:05 | | | | | |
| 7 | JBALIAN | 03/31/2015 13:18 | | | | | |
| 7 | JBALIAN | 03/31/2015 13:19 | | | | | |
| 7 | JBALIAN | 03/31/2015 13:22 | | | | | |
| 7 | JBALIAN | 03/31/2015 13:25 | | | | | |
| 7 | JBALIAN | 03/31/2015 13:35 | | | | | |
| 7 | JBALIAN | 03/31/2015 13:37 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:34 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:37 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:38 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:39 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:41 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:48 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:48 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:49 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:49 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:50 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:51 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:51 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:52 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:53 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:55 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:55 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:56 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:56 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:56 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:56 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:56 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:56 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:56 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:56 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:57 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:57 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:58 | | | | | |
| 7 | JBALIAN | 04/08/2015 12:58 | | | | | |
| 7 | JBALIAN | 04/08/2015 13:04 | | | | | |
| 7 | JBALIAN | 04/23/2015 14:14 | | | | | |
| 7 | JBALIAN | 04/23/2015 14:14 | | | | | |
| 7 | JBALIAN | 04/23/2015 14:14 | | | | | |
| 7 | JBALIAN | 04/23/2015 14:15 | | | | | |
| 7 | JBALIAN | 04/23/2015 14:16 | | | | | |
| 7 | JBALIAN | 04/27/2015 10:14 | | | | | |
| 7 | JBALIAN | 04/27/2015 10:15 | | | | | |
| 7 | JBALIAN | 04/27/2015 10:15 | | | | | |
| 7 | JBALIAN | 04/27/2015 10:17 | | | | | |
| 7 | JBALIAN | 04/27/2015 10:20 | | | | | |
| 7 | JBALIAN | 04/27/2015 10:23 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:07 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:10 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:10 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:11 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:11 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:13 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:14 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:14 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:16 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:17 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:18 | | | | | |
| 7 | JBALIAN | 04/27/2015 11:18 | | | | | |

| 7 | JBALIAN | 03/31/2015 13:03 | | | |
|---|---------|------------------|---|---|---|
| 7 | JBALIAN | 04/20/2016 17:10 | | | |
| 7 | JBALIAN | 04/20/2016 17:16 | | | |
| 7 | JBALIAN | 04/20/2016 17:17 | | | |
| 7 | JBALIAN | 04/20/2016 17:17 | | | |
| 7 | JBALIAN | 04/20/2016 17:29 | | | |
| 7 | JBALIAN | 04/20/2016 17:30 | | | |
| 7 | JBALIAN | 04/20/2016 17:31 | | | |
| 7 | JBALIAN | 04/20/2016 17:32 | | | |
| 7 | JBALIAN | 04/20/2016 17:43 | | | |
| 7 | JBALIAN | 04/27/2016 12:13 | | | |
| 7 | JBALIAN | 05/23/2016 11:33 | | | |
| 7 | JBALIAN | 05/23/2016 11:36 | | | |
| 7 | JBALIAN | 05/23/2016 12:20 | | | |
| 7 | JBALIAN | 05/23/2016 12:20 | | | |
| 7 | JBALIAN | 05/23/2016 12:21 | | | |
| 7 | JBALIAN | 05/23/2016 12:22 | | | |
| 7 | JBALIAN | 05/26/2016 9:59 | | | |
| 7 | JBALIAN | 05/26/2016 9:59 | | | |
| 7 | JBALIAN | 05/26/2016 9:59 | | | |
| 7 | JBALIAN | 05/26/2016 10:00 | | | |
| 7 | JBALIAN | 05/26/2016 10:01 | | | |
| 7 | JBALIAN | 05/26/2016 10:01 | | | |
| 7 | JBALIAN | 06/22/2016 7:45 | | | |
| 7 | JBALIAN | 06/22/2016 7:45 | | | |
| 7 | JBALIAN | 06/23/2016 12:45 | | | |
| 7 | JBALIAN | 06/23/2016 12:56 | | | |
| 7 | JBALIAN | 06/23/2016 17:47 | | | |
| 7 | JBALIAN | 06/23/2016 17:48 | | | |
| 7 | JBALIAN | 07/13/2016 14:56 | | | |
| 7 | JBALIAN | 07/13/2016 15:03 | | | |
| 7 | JBALIAN | 07/13/2016 15:03 | | | |
| 7 | JBALIAN | 07/13/2016 15:03 | | | |
| 7 | JBALIAN | 07/13/2016 15:03 | | | |
| 7 | JBALIAN | 07/13/2016 15:03 | | | |
| 7 | JBALIAN | 07/14/2016 10:20 | | | |
| 7 | JBALIAN | 09/16/2016 15:06 | | | |
| 7 | JBALIAN | 09/16/2016 15:16 | | | |
| 7 | JBALIAN | 10/26/2016 9:49 | | | |
| 7 | JBALIAN | 10/27/2016 11:06 | | | |
| 7 | JBALIAN | 10/27/2016 11:06 | | | |
| 7 | JBALIAN | 10/27/2016 11:07 | | | |
| 7 | JBALIAN | 10/27/2016 11:07 | | | |
| 7 | JBALIAN | 10/27/2016 11:07 | | | |
| 7 | JBALIAN | 10/27/2016 11:11 | | | |
| 7 | JBALIAN | 10/27/2016 11:14 | | | |
| 7 | JBALIAN | 10/27/2016 11:14 | | | |
| 7 | JBALIAN | 10/27/2016 11:14 | | | |
| 7 | JBALIAN | 10/27/2016 11:14 | | | |
| 7 | JBALIAN | 10/27/2016 11:14 | | | |
| 7 | JBALIAN | 10/27/2016 11:14 | | | |
| 7 | JBALIAN | 10/28/2016 11:57 | | | |
| 7 | JBALIAN | 10/28/2016 11:58 | | | |
| 7 | JBALIAN | 10/28/2016 11:58 | | | |
| 7 | JBALIAN | 10/28/2016 11:58 | | | |
| 7 | JBALIAN | 10/28/2016 11:58 | | | |
| 7 | JBALIAN | 01/04/2017 7:39 | | | |
| 7 | JBALIAN | 01/06/2017 7:37 | | | |
| 7 | JBALIAN | 01/06/2017 7:37 | | | |
| 7 | JBALIAN | 01/06/2017 7:38 | | | |
| 7 | JBALIAN | 01/06/2017 7:45 | | | |
| 7 | JBALIAN | 02/09/2017 12:26 | B⬛⬛⬛, A⬛⬛ | 1980 | W | M |
| 7 | JBALIAN | 02/09/2017 12:27 | | | |

# EXHIBIT B

| Bank | Account | | Date Presented | Amount | Payment from |
|------|---------|--|----------------|--------|--------------|
| Bank of America | | 1405 | 2/13/2012 | $1,000.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 2/22/2012 | $200.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 2/27/2012 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 3/1/2012 | $380.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 3/12/2012 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 3/14/2012 | $30.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 3/15/2012 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/2/2012 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/4/2012 | $400.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/10/2012 | $300.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/12/2012 | $800.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/18/2012 | $200.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 5/14/2012 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 5/16/2012 | $800.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 5/18/2012 | $1,200.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 6/18/2012 | $600.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 8/13/2012 | $900.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 8/20/2012 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 8/31/2012 | $400.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 9/12/2012 | $1,100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 9/17/2012 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 11/9/2012 | $60.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 12/13/2012 | $700.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 2/8/2013 | $3,000.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 2/19/2013 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 2/26/2013 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 3/18/2013 | $200.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/1/2013 | $300.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/10/2013 | $700.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/15/2013 | $50.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/23/2013 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/24/2013 | $300.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/29/2013 | $200.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 8/2/2013 | $600.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 8/13/2013 | $39.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 8/14/2013 | $50.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 8/19/2013 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 9/3/2013 | $1,500.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 9/6/2013 | $1,000.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 10/29/2013 | $700.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 1/17/2014 | $800.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 2/27/2014 | $100.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 3/4/2014 | $30.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 3/20/2014 | $200.00 | CASH DEPOSIT |
| Bank of America | | 1405 | 4/28/2014 | $196.00 | CASH DEPOSIT |

| Bank of America | 1405 | 6/27/2014 | $20.00 | CASH DEPOSIT |
|---|---|---|---|---|
| Bank of America | 1405 | 9/16/2014 | $200.00 | CASH DEPOSIT |
| Bank of America | 1405 | 9/24/2014 | $1,200.00 | CASH DEPOSIT |
| Bank of America | 1405 | 2/3/2015 | $700.00 | CASH DEPOSIT |
| Bank of America | 1405 | 2/11/2015 | $200.00 | CASH DEPOSIT |
| Bank of America | 1405 | 3/9/2015 | $2,000.00 | CASH DEPOSIT |
| Bank of America | 1405 | 3/18/2015 | $40.00 | CASH DEPOSIT |
| Bank of America | 1405 | 3/31/2015 | $1,000.00 | CASH DEPOSIT |
| Bank of America | 1405 | 6/30/2015 | $1,000.00 | CASH DEPOSIT |
| Bank of America | 1405 | 7/13/2015 | $100.00 | CASH DEPOSIT |
| Bank of America | 1405 | 7/13/2015 | $100.00 | CASH DEPOSIT |
| Bank of America | 1405 | 7/31/2015 | $10.00 | CASH DEPOSIT |
| Bank of America | 1405 | 8/3/2015 | $940.00 | CASH DEPOSIT |
| Bank of America | 1405 | 9/30/2015 | $400.00 | CASH DEPOSIT |
| Bank of America | 1405 | 10/15/2015 | $300.00 | CASH DEPOSIT |
| Bank of America | 1405 | 12/9/2015 | $1,700.00 | CASH DEPOSIT |
| Bank of America | 1405 | 12/17/2015 | $200.00 | CASH DEPOSIT |
| Bank of America | 1405 | 1/14/2016 | $500.00 | CASH DEPOSIT |
| Bank of America | 1405 | 1/15/2016 | $1,400.00 | CASH DEPOSIT |
| Bank of America | 1405 | 1/25/2016 | $200.00 | CASH DEPOSIT |
| Bank of America | 1405 | 1/26/2016 | $126.00 | CASH DEPOSIT |
| Bank of America | 1405 | 1/29/2016 | $500.00 | CASH DEPOSIT |
| Bank of America | 1405 | 2/10/2016 | $400.00 | CASH DEPOSIT |
| Bank of America | 1405 | 2/18/2016 | $500.00 | CASH DEPOSIT |
| Bank of America | 1405 | 2/22/2016 | $500.00 | CASH DEPOSIT |
| Bank of America | 1405 | 3/2/2016 | $200.00 | CASH DEPOSIT |
| Bank of America | 1405 | 3/10/2016 | $300.00 | CASH DEPOSIT |
| Bank of America | 1405 | 3/14/2016 | $1,500.00 | CASH DEPOSIT |
| Bank of America | 1405 | 3/16/2016 | $100.00 | CASH DEPOSIT |
| Bank of America | 1405 | 3/31/2016 | $3,500.00 | CASH DEPOSIT |
| Bank of America | 1405 | 4/5/2016 | $440.00 | CASH DEPOSIT |
| Bank of America | 1405 | 4/13/2016 | $1,535.00 | CASH DEPOSIT |
| Bank of America | 1405 | 4/18/2016 | $400.00 | CASH DEPOSIT |
| Bank of America | 1405 | 4/25/2016 | $1,100.00 | CASH DEPOSIT |
| Bank of America | 1405 | 5/2/2016 | $1,000.00 | CASH DEPOSIT |
| Bank of America | 1405 | 5/10/2016 | $300.00 | CASH DEPOSIT |
| Bank of America | 1405 | 5/12/2016 | $1,200.00 | CASH DEPOSIT |
| Bank of America | 1405 | 5/17/2016 | $2,600.00 | CASH DEPOSIT |
| Bank of America | 1405 | 6/15/2016 | $500.00 | CASH DEPOSIT |
| | | | $49,046.00 | |

EXHIBIT C

**Account Name: Sandra Salinas & John Balian**
**Institution & Account Type: JP Morgan CHASE Bank NA**
**Date Opened: 01/30/2014**
**/Date Closed: Still active as of 03/17/2016**
**Activity Range: January 1, 2014 through March 31, 2016**                          Beginning Balance

| No | Date Deposited | Category | Code | Code2 | Payee/Payor | Amount |
|----|------|------|------|------|------|------|
| 3 | 3/4/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $100.00 |
| 6 | 3/10/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $100.00 |
| 11 | 4/21/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $200.00 |
| 14 | 4/22/2014 | Incoming | Cash Deposit | BALIAN | Sandra Luz Salinas Garza | $19,000.00 |
| 21 | 4/30/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $460.00 |
| 32 | 5/15/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $760.00 |
| 33 | 5/15/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $460.00 |
| 34 | 5/15/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $320.00 |
| 35 | 5/15/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $300.00 |
| 36 | 5/15/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $300.00 |
| 37 | 5/152014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $20.00 |
| 50 | 5/22/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Angeles CA | $300.00 |
| 52 | 5/23/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $100.00 |
| 57 | 5/27/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $100.00 |
| 68 | 5/29/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Pasadena CA | $20.00 |
| 71 | 6/13/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Sun Valley CA | $200.00 |
| 74 | 6/16/2014 | Incoming | Cash Deposit | BALIAN | Cash Deposit | $1,300.00 |
| 75 | 6/17/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $200.00 |
| 79 | 6/30/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $100.00 |
| 81 | 7/7/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $140.00 |
| 82 | 7/7/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $100.00 |
| 90 | 7/10/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Mission Viejo CA | $200.00 |
| 104 | 7/17/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $1,600.00 |
| 106 | 7/21/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $180.00 |
| 114 | 7/28/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $100.00 |
| 119 | 7/30/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $200.00 |
| 125 | 8/11/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $100.00 |
| 129 | 8/12/2014 | Incoming | Cash Deposit | BALIAN | Cash Deposit | $2,500.00 |
| 131 | 8/18/2012 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $1,500.00 |
| 134 | 8/20/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $500.00 |
| 137 | 8/21/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $700.00 |
| 144 | 8/25/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Las Vegas NV | $140.00 |
| 162 | 9/8/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $100.00 |

| 166 | 9/12/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $300.00 |
| 174 | 9/17/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $300.00 |
| 184 | 9/22/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $1,400.00 |
| 189 | 9/29/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $40.00 |
| 194 | 10/2/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Angeles CA | $240.00 |
| 196 | 10/3/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Angeles CA | $600.00 |
| 204 | 10/10/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 211 | 10/15/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 216 | 10/17/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $900.00 |
| 220 | 10/20/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Bell Gardens CA | $800.00 |
| 221 | 10/20/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Bell Gardens CA | $5.00 |
| 230 | 10/23/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $100.00 |
| 243 | 11/17/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $2,000.00 |
| 250 | 11/24/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $200.00 |
| 258 | 11/28/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $700.00 |
| 261 | 12/1/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $100.00 |
| 272 | 12/4/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 279 | 12/18/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $300.00 |
| 282 | 12/19/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $1,500.00 |
| 287 | 12/22/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $1,200.00 |
| 288 | 12/22/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Angeles CA | $400.00 |
| 318 | 12/29/2014 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Las Vegas NV | $100.00 |
| 322 | 1/2/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 325 | 1/5/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Las Vegas NV | $100.00 |
| 338 | 1/8/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - San Fernando CA | $100.00 |
| 341 | 1/9/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Angeles CA | $200.00 |
| 349 | 1/16/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $600.00 |
| 352 | 1/20/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $1,000.00 |
| 353 | 1/20/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $900.00 |
| 354 | 1/20/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Seal Beach, CA | $140.00 |
| 385 | 2/2/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Seal Beach, CA | $200.00 |
| 388 | 2/9/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Seal Beach, CA | $100.00 |
| 390 | 2/11/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Seal Beach, CA | $200.00 |
| 401 | 2/17/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $2,000.00 |
| 422 | 3/3/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 423 | 3/3/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $20.00 |
| 433 | 3/16/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Bell Gardens CA | $200.00 |
| 435 | 3/17/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $300.00 |
| 436 | 3/18/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Lynwood CA | $2,000.00 |
| 442 | 3/20/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $500.00 |
| 466 | 3/24/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $300.00 |

| 480 | 3/26/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Angeles CA | $200.00 |
| 492 | 4/2/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $100.00 |
| 495 | 4/6/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $200.00 |
| 505 | 4/7/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $400.00 |
| 513 | 4/9/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $1,000.00 |
| 548 | 4/21/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Canoga Park CA | $100.00 |
| 552 | 4/23/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $500.00 |
| 554 | 4/27/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $600.00 |
| 555 | 4/27/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $400.00 |
| 557 | 4/27/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $40.00 |
| 565 | 4/28/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Canoga Park CA | $50.00 |
| 570 | 5/4/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Long Beach CA | $400.00 |
| 571 | 5/4/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $100.00 |
| 581 | 5/8/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Canoga Park CA | $910.00 |
| 663 | 6/18/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $1,400.00 |
| 666 | 6/22/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $300.00 |
| 673 | 6/25/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Tujanga CA | $80.00 |
| 674 | 6/25/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $60.00 |
| 677 | 6/26/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Tujanga CA | $140.00 |
| 680 | 6/29/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Seal Beach, CA | $1,500.00 |
| 695 | 7/6/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $300.00 |
| 710 | 7/13/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $3,000.00 |
| 716 | 7/14/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 721 | 7/16/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $200.00 |
| 729 | 7/17/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - North Hills CA | $2,100.00 |
| 730 | 7/20/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $300.00 |
| 751 | 7/24/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 774 | 7/31/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Fontana CA | $160.00 |
| 775 | 8/3/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Whittier CA | $100.00 |
| 781 | 8/4/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $3,300.00 |
| 782 | 8/4/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Location not given | $300.00 |
| 785 | 8/6/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Sun Valley CA | $500.00 |
| 793 | 8/10/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $500.00 |
| 809 | 8/11/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - North Hills CA | $150.00 |
| 813 | 8/12/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $800.00 |
| 818 | 8/14/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Location not given | $1,400.00 |
| 860 | 9/2/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - North Hills CA | $200.00 |
| 862 | 9/4/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Van Nuys CA | $200.00 |
| 867 | 9/8/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $100.00 |
| 879 | 9/9/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $600.00 |
| 884 | 9/11/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit | $8.00 |

| 888 | 9/14/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $100.00 |
| 889 | 9/14/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $4.00 |
| 894 | 9/15/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Seal Beach, CA | $300.00 |
| 901 | 9/18/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Bell Gardens CA | $300.00 |
| 921 | 9/24/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Mission Hills CA | $40.00 |
| 924 | 9/25/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $100.00 |
| 926 | 9/28/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $1,520.00 |
| 942 | 10/5/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Seal Beach, CA | $200.00 |
| 956 | 10/7/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $40.00 |
| 959 | 10/8/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 964 | 10/13/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Oceanside CA | $300.00 |
| 965 | 10/13/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $140.00 |
| 977 | 10/15/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 981 | 10/19/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Huntington Beach CA | $2,000.00 |
| 993 | 10/20/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 1018 | 11/2/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $1,500.00 |
| 1039 | 11/5/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - North Hills CA | $1,000.00 |
| 1055 | 11/10/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Bell Gardens CA | $600.00 |
| 1056 | 11/12/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $200.00 |
| 1065 | 11/16/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $100.00 |
| 1073 | 11/18/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $1,900.00 |
| 1074 | 11/18/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $400.00 |
| 1097 | 11/27/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $300.00 |
| 1116 | 12/1/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $100.00 |
| 1127 | 12/4/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $100.00 |
| 1139 | 12/10/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $300.00 |
| 1145 | 12/11/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $100.00 |
| 1159 | 12/17/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $2,000.00 |
| 1166 | 12/21/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $300.00 |
| 1167 | 12/21/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Las Vegas NV | $200.00 |
| 1191 | 12/23/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $1,700.00 |
| 1204 | 12/24/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $2,000.00 |
| 1206 | 12/28/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $100.00 |
| 1228 | 12/31/2015 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Los Alamitos CA | $500.00 |
| 1229 | 1/4/2016 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Glendale CA | $100.00 |
| 1269 | 1/15/2016 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $220.00 |
| 1279 | 1/25/2016 | Incoming | Cash Deposit | BALIAN | ATM Cash Deposit - Garden Grove CA | $1,500.00 |
| | **152** | | | | | **$97,607.00** |