1  Craig H. Missakian (SBN 125202)
   craig@cmlawpartners.com
2  LAW OFFICES OF CRAIG MISSAKIAN
   116 Club Road
3  Pasadena, CA 91105
   Telephone: (818) 802-9811
4
   Attorney for Defendant
5  John Saro Balian

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 6 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10  United States of America,              Case No. CR 18-345-JFW

11                      Plaintiff,

12                                         [PROPOSED] ORDER ON *EX*
                                           *PARTE* APPLICATION
13

         v.
14

15  John Saro Balian,

16

17                      Defendant.

18

19

20

21

22

23

24

25

26

27

28

LODGED

2019 FEB 25 PM 2:43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

- 1 -

PROPOSED ORDER ON EX PARTE APPLICATION

1   Craig H. Missakian (SBN 125202)
    craig@cmlawpartners.com
2   LAW OFFICES OF CRAIG MISSAKIAN
    116 Club Road
3   Pasadena, CA 91105
    Telephone:  (818) 802-9811
4
    Attorney for Defendant
5   John Saro Balian

6

7

8                  UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

    United States of America,              Case No. CR 18-345-JFW
11
                    Plaintiff,
12                                          [PROPOSED] ORDER ON *EX
                                            PARTE* APPLICATION
13
          v.
14

15
    John Saro Balian,
16

17                  Defendant.

18

19

20

21

22

23

24

25

26

27

28
                                    - 1 –

1    For good cause shown, IT IS HEREBY ORDERED THAT:

2    Defendant's *ex parte* application is granted as follows: (1) the Sentencing

3

4    Position Paper of Defendant John Saro Balian, the accompanying Declaration of

5    Craig H. Missakian, and Defendant's *Ex Parte* Application are accepted for filing

6    under seal; (2) Exhibits D, E, and F to the Declaration of Craig Missakian shall

7

8    remain under seal and defendant shall file electronically by no later than February

9    *28*, 2019 at 4:00 p.m. a redacted version of both the Sentencing Position Paper of

10   Defendant John Saro Balian and Declaration of Craig H. Missakian **EITHER** as

11

12   marked in Exhibit A to Defendant's *Ex Parte* Application **OR** as indicated by the

13   Court; and (3) Defendant may file a sentencing position paper that exceeds 25

14   pages.

15   IT IS SO ORDERED.

16

17   _____          _____
18   DATE                                     HONORABLE JOHN F. WALTER
                                              UNITED STATES DISTRICT JUDGE
19

20   Presented by,

21

22   _____
     Craig H. Missakian
23   Attorney for Defendant
     John Saro Balian
24

25

26

27

28
                                    - 2 -

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 116 Club Road, Pasadena, CA 91105

A true and correct copy of the foregoing document entitled: [PROPOSED] ORDER ON EX PARTE APPLICATION

will be served or was served in the manner stated below:

_____ 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

_____ 2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

☐ Service information continued on attached page

__x__ 3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
Pursuant to F.R.Civ.P. 5 on FEBRUARY 25, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

JEFFREY MITCHELL
ASSISTANT UNITED STATES ATTORNEY
U.S. ATTORNEY'S OFFICE, CENTRAL DISTRICT OF CALIFORNIA
312 N. SPRING STREET, 13TH FLOOR
LOS ANGELES, CA 90012

(BY PERSONAL SERVICE)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 2/25/19 | CRAIG H. MISSAKIAN | *(signature)* |
| Date | Printed Name | Signature |