Craig H. Missakian (SBN 125202)
craig@cmlawpartners.com
LAW OFFICES OF CRAIG MISSAKIAN
116 Club Road
Pasadena, CA 91105
Telephone: (818) 802-9811

Attorney for Defendant
John Saro Balian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. CR 18-345-JFW |
|---|---|
| Plaintiff, | **REDACTED** DECLARATION OF CRAIG H. MISSAKIAN IN SUPPORT OF DEFENDANT JOHN SARO BALIAN'S SENTENCING POSITION PAPER |
| v. | |
| John Saro Balian, | DATE: MARCH 8, 2019 TIME: 8:30 A.M. COURTROOM: 7A |
| Defendant. | |

- 1 -

DECLARATION OF CRAIG H. MISSAKIAN

<u>Declaration of Craig H. Missakian</u>

I, Craig H. Missakian, declare that:

1.     I am a lawyer admitted to practice before all of the courts of the State of California and the lawyer for defendant John Balian ("defendant" or "Balian") in this case. I make the following statements of my own personal knowledge and, if called upon to do so, would and could testify competently to the facts stated herein.

2.     Attached hereto and marked as Exhibit A is a true and correct copy of defendant's letter of allocution for the Court that he submits in addition to any allocution that may occur at his sentencing.

3.     Attached hereto and marked as Exhibit B is a true and correct copy of letters of support on Mr. Balian's behalf from:

(a) Mark Balian (his brother);

(b) Selin Balian (his mother);

(c) Michael Balian (his son);

(d) Mark Colton (his neighbor);

(e) Kim Colton (his neighbor); and

(f) Robert Tufano (his friend).

4.     Attached hereto and marked as Exhibit C is a true and correct copy of certain employment evaluations and commendations that Mr. Balian received as a police officer for the cities of Montebello and Glendale.

5.     Attached hereto and marked as Exhibit D is a true and correct copy of relevant pages from two bond reconsideration hearings, one held on July 13, 2018 and the second on November 15, 2018.

6.     Attached hereto and marked as Exhibit E is a true and correct copy of emails exchanged in this case.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of February 2019 at Pasadena, California.

_____
Craig H. Missakian

DECLARATION OF CRAIG H. MISSAKIAN

The Hon. John F. Walter
United States District Court Judge
First Street U.S. Courthouse
350 W 1st Street
Los Angeles, CA 90012-4565

Dear Judge Walter:

During a short time in my life I made serious errors in judgment, and most every day of the nearly 10 months I have spent in solitary confinement I look back at the person who committed those acts. I desperately want to grab him by the collar and shake him back to his senses. I want to tell him what to look out for, which doors to leave closed, and which doors to leave open. I want to tell him to ignore the lure of money, don't take anything or anyone for granted, and cherish every word that a loved one speaks, as if it were the last time you might hear them.

I know I can't go back and talk to that person—in fact that person no longer even exists. I know that I cannot undo what I've done or relive that time in my life. But if have learned anything these last 10 months—and I have learned so much about life and myself—it is that "too late" is only a frame of mind in life. While there were times when I wanted to give up on myself and thought it was too late for me, I am now eager to return to the community as a productive, law-abiding member of society and I hope the Court will allow me to do so as soon as possible.

Over the past months many things have become clear to me. But what stands out most is that I am a lucky man to have the love, support, and care of my family throughout this time. Without that support, I would have had nothing; with that support, I can assure the Court that I will never find myself in this situation ever again. I'd call it my spiritual security blanket, and it's the comfort that comes from knowing that my family will be there to watch over me—and me to watch over them.

EXHIBIT A

Nothing is more important than my family. I know that now. Not money, nor work, nor fame. Nothing was worth giving up the last ten months with my family. I am truly sorry for what I have done and most especially for the pain my actions caused my innocent family. I know my job now is to work every day to earn their forgiveness, to try and give them their lives back, and I fully intend to devote every ounce of my being to doing just that.

I was a police officer for almost 22 years. During that time, I represented two communities and always tried to do my job with compassion, fairness, respect, and with a smile on my face and in my heart. I tried to give good people second chances to do better and to redeem themselves. It feels strange to find myself here now, on the other side, asking this Court for a second chance and for the opportunity to redeem myself.

If the Court allows me that chance, it will not be disappointed. I am truly sorry for what I did and for the dishonor it brought to the Glendale Police Department and the Montebello Police Department. They are two outstanding organizations and I am still so grateful that each gave me the opportunity to live my lifelong dream to serve, and I hope that one day the friends and colleagues I served with will find it in their hearts to forgive me.

Throughout my life I have been the foundation for my family. As a young child I helped my father at the family business and then later, when he was diagnosed with cancer, I had to watch over my brother and sister while my mother went to work to support the family. Because of my father's illness I had to grow up fast but I was happy to help support my family. My family needs me and I am eager to do that again now.

I have prayed every day for God to lead me in the right direction. I don't know where His path will take me but I am committed to three things: My faith, my family, and my future as a law-abiding citizen. An important part of that will be my commitment to earning a living through honest, hard work. And the sooner I can return to work the sooner I can support my family and we can all begin to put our lives back together.

EXHIBIT A

As part of putting my life back together, I also desperately want to volunteer my time to the individuals who would most benefit from hearing my story. While I cannot go back and talk to the person who committed these crimes, I can talk to police recruits and rookies and tell them my story. If I can prevent just one young officer from making the same mistakes I made, then there some good will have come from this ordeal.

Your honor, I am ashamed and truly sorry for what I have done. I cannot change what I did but I can and did take responsibility for it by immediately agreeing to plead guilty. I will spend the rest of my life struggling to figure out why I did what I did. But one thing I do know is that I will never commit another criminal act. When I return to the community, I will immediately become a productive member of society. I will go to work, start over, and support my family. I will never let my family down again. And if the Court gives me this chance, I will not let the Court down either.

At various points during my time in jail I struggled to cope. Life in solitary confinement for 10 months has not been easy and it has taken its toll on me. Many times I felt like giving up. Many times I lost all hope. Many times I heard about my wife and my children struggling and felt helpless. But every time I wanted to give up my family rallied to my side. My brother, my wife, my children, my mother. Despite the pain I had caused them, they never left my side and for that I am truly grateful.

During a particularly bad time, my wife shared this thought with me: "I've learned that things don't always turn out as planned, or the way you think they should and I've learned that there are things that go wrong that don't always get fixed or put back together the way they were before. I've learned that some broken things stay broken and I've learned that you can get through bad times and keep looking for better ones, as long as you have people who love you." I have people who love and support me and they will be a constant anchor as I rebuild my life and theirs.

EXHIBIT A

While it's true that my life and my family's life is broken and that some things will never be fixed, I know that together we will start over, rebuild, and contribute to society. I hope the Court will consider their support for me—and their need for my support—in allowing me to return to home as soon as possible. I have learned my lesson. I will never commit another offense. And I feel strongly that me, and especially my family, have been punished enough.

Thank you for considering this letter.

Very respectfully,

/s/ John Balian

John S. Balian

EXHIBIT A

The Honorable John F. Walter
United States District Judge
Central District of California
First Street Federal Courthouse
350 W. 1st Street
Los Angeles, CA 90012

Re: John S. Balian

Dear Judge Walter,

Thank you for taking the time to read my letter regarding my brother. I am Mark Balian and I appreciate the opportunity to tell you a little bit about my brother John S. Balian. This is a very difficult letter to write and it pains me to even have to put this down on paper.

My brother John is older than me by almost 3 1/2 years and has been my role model ever since we were kids like a good father should be. Our father unfortunately succumbed to cancer July 8, 2017 and my life changed forever. Losing a father who had just turned 70 has a perspective altering affect on one's life. I have slowly adapted to the new way of life and new responsibilities I have to undertake. These duties are not a hindrance in my opinion, and I welcome the change and challenge. Every son and daughter will have to go through some sort of transformation I realize, and it's a part of a normal progression of life. Eventually, someday hopefully many decades from now, my children will do the same.

Our parents came here to the United States of America from Turkey in 1979 following their hearts in pursuit of happiness and in search of a country with opportunity without the possibility of persecution for being Christian Armenians as were the case in Turkey. As with many immigrants coming to this great land, my parents quickly learned that they did make the right decision in coming here for thousands of reasons, but the most important was the fact that anyone can have a good life here as long as you work hard, and be honest. Those two attributes came naturally to my father because that's how he was raised, and that's what he and my mother instilled in their children. The men from my father's side of the family were involved in the Armenian Church in varying degrees from a deacon to priest spanning many generations. Some historical data is missing due to the genocide in the early 1900s.

EXHIBIT B

From a very early age, it was clear to everyone that met him that John was very unique individual, a natural leader, very determined to succeed and for the most part, he had always achieved in reaching or surpassing his goals that he set for himself. My father's health problems during the mid-1980s also left John with little choice but to become the head of the household, literally overnight. My family had to rely heavily on his guidance related to basically every aspect of raising a family from translating documents to speaking on behalf of our parents due to their lack of English language skills at the time. Writing this letter to you is making me think back of some really good times in our lives and some difficult challenges we came across. One thing is definitely true, if it wasn't for my brother, we as a family would have never survived the struggles we were put through and we also would not have been able to enjoy the blessings that have been bestowed upon us either.

I can give you thousands of examples of how my brother is a good person. He is compassionate, supportive, hardworking, honest, and always helps others whenever he possibly can. . Sometimes I wondered if his willingness to help others and his desire to right the wrongs in the world as he saw them would be detriment. He always believed that one should always better another's life as much as possible. My brother is my best friend and I know in my heart that the path he went down the past couple years are completely out of character and he is very sorry for the pain and anguish he has caused all parties involved. Judge, I realize what he did was wrong and he regrets it. He has lost his job, his pension, and caused irreparable damage to his family and reputation. When I found out from his wife that he had been arrested, I knew my life had changed forever. My body felt like it went into shock. It is a day I will remember just as I do the night my father passed away. Our family has never had such history of crimes or arrests so this is a great blow for all of us. The pain we feel is unbearable on a daily basis. When I talk to him by telephone my heart aches so badly for him but I try to keep a positive tone in order for him to stay hopeful. I have never heard him cry like a baby so often. He was always the very masculine big brother that always protected his family and always stood up for me in high school against the bullies. When I visit him in jail, I can't believe my eyes. He has lost a tremendous amount of weight and the sorrow in his eyes is undeniably present. It saddens me to my core to see him that way. He is not the same person anymore. I am certain that he has learned a great deal about himself and what he wants out of life. He is anxious to begin rebuilding his life and myself, along with the rest of his family members are eager to assist him and encourage him in

EXHIBIT B

any way just as he did for us many years ago. We are ready for the new journey ahead. I don't anticipate it being easy, but my family has continually displayed undeterred resilience and together we will help him become a productive member of society once again.  My brother John is a good person with a good heart. He just got derailed temporarily and is ready to get back on track.

I sincerely thank you and beg you to please find it in your heart to be lenient on John. He has suffered a great deal already.

Respectfully,

Mark Balian
12281 Bailey St.
Garden Grove, CA 92845

EXHIBIT B

The Honorable John F. Walter                                    December 31, 2018
United States District Judge
Central District of California
First Street Federal Courthouse
350 W. 1st Street
Los Angeles, CA 90012

      Re: John Balian

Dear Judge Walter,

For the past 8 years I have lived next door to John in Seal Beach, a suburb of North
Orange County. I am a Clinical Social worker with a background in assessing and
treating mental health disorders. One could say, to put it frankly, I judge people. In
our neighborhood, neighbors aren't quite as "neighborly" as they could be. People
won't knock on your door to inform you that you accidentally left your car door
open (yet again!); strangers will walk past your house (the same people every day!)
without even a smile or a nod; and your close neighbors are more likely to drive
away looking down at their cell phones than say "good morning"—but not John
Balian. John, his wife Krista, and their 3 children, Lexy (who died last year), Michael,
and Matthew have been the best neighbors anyone could ask for.

For 8 years, I have experienced John to be nothing more than kind, friendly,
responsive, helpful, and genuine. My 2 daughters who are now 4 and 6 sometimes
stray from my yard and end up playing in front of his house or even in his driveway.
I watch them from a distance and have observed John's interactions with them. I
have always experienced him to be even-tempered with children, vigilant—making
sure his small dogs and my kids always remained safe, and reliable—by intervening
or gently correcting them when necessary. Several times my small kids have
randomly asked him if they could go inside his house to pet his dogs. Never did he
brush them off, make excuses, or turn them away. Even if he were busy running
around in his pajamas and slippers, he would always invite us in and welcome us
into his home. John has always been so kind to my children and I trust him.

One time, John was in his driveway and I was in mine, struggling to get a large heavy
item out of the back of my SUV. I wasn't quite sure how I was going to manage
without damaging my car. I didn't even ask John for help and out of nowhere he just
appeared offering to help me. Another time, while my husband was at work, I was in
a jam and needed to get some furniture out in my driveway for a donation pick up. I
called next door to see if any of his boys might be available to lend a hand, and
within a minute, John was at my door, (in his slippers!) ready to help. Why do I keep
mentioning slippers? Because I think its symbolic of the kind of guy John is. He could
have stopped and taken a minute to slip on sneakers or a button down shirt, but he
values helping people and being dependable more than superficial social norms.

EXHIBIT B

In addition to my two young daughters, I also have a 9-year-old 90 lb Boxer and Pitbull mix named Pancho. This dog is treated like a king and he deserves it. He has been a great dog. When we take family vacations, we don't have to board him or hire someone to come and care for him because we have the greatest family living next door to us. Many times I have given John and his family the keys to my home. They are just good, kind, reliable people. John has raised fine, responsible, and respectful children. I trust them all with my kids, my dog, and the keys to my home. None of them have ever done anything for me to question that trust.

Last year, when John's daughter Lexy died, my husband and I attended her funeral. It was a hard and sad day for everyone. The chapel was at full capacity. We sat in the back. John's wife Krista's cries were heart wrenching. One who has not experienced the loss of a child cannot even imagine the despair John and Krista have had to endure. What stands out in my mind most about that day is the sight of John consoling his wife Krista; the expression of love and service to his family John displayed by hugging and holding them all, despite his own grief. It was so sad and beautiful at the same time.

A few months later, the FBI raided John's home. I was in shock and disbelief. I couldn't imagine what anyone might have done to warrant such a raid. Later when I learned of John's charges, I was shocked again. The crimes that John has been accused of just don't fit with the person who I have come to know and trust over the past 8 years.

I am in no position to comment on John's guilt or innocence, but if he has committed the acts that he stands accused of, I am certain he is terribly remorseful for causing any further pain and loss to his family. He has already lost is daughter, his career as a police officer, and nearly a year away from his still grieving wife and two sons. I have never witnessed John commit a dangerous, aggressive, or irresponsible act. Not only is he not a danger to society, he is an asset to our neighborhood and we need him back in it.

In Conclusion, I see John's wife Krista and his two sons Michael and Matthew almost daily. Krista is doing her best to support the family and staying strong for the boys. Michael works and tries to keep busy with a smile on his face. Matthew is still very young and in a vulnerable position. He needs his father home. This is a great family who has already been through too much pain. I ask that you consider the examples I have provided of John's moral character and the impact his absence is having on his family and grant him leniency in his sentencing. Please let John come home.

Sincerely,

Kim Colton
4608 Guava Ave.
Seal Beach, CA 90740

EXHIBIT B

January 4, 2019

The Honorable John F. Walter
United States District Judge
Central District of California
First Street Federal Courthouse
350 W. 1st Street
Los Angeles, CA 90012

Re: John Balian

Dear Judge Walter,

Thank you for the opportunity to write on behalf John Balian. I am Mark A. Colton; Director of Human Resources for Los Angeles County's Internal Services Department and have served in this position for the past 18 years.  I have known John and his wife Krista for the past eight (8) years.

The Balian's are my neighbors. We live in College Park East a community within Seal Beach California.  John has always been a trustworthy and helpful neighbor. He has gone out of his way to help my wife Kim when she needed assistance in unloading her car or moving heavy furniture in the driveway. He has watched over my two young daughters that are six and four whenever they would flock over to his front yard to pester his youngest son with endless questions. John has always been very thoughtful and patient with my daughters and it has given me comfort to know that John was just next-door if my family or I were ever in need of help.

I was shocked when John was arrested. The John I have known is a dedicated family man that treats his wife with respect and love and has raised two sons and a daughter that have always been respectful and considerate to me and my family. Not too long ago John's daughter passed away. It was an extremely difficult time for the family.  My wife and I attended the funeral service. Krista's cries were agonizing! I witnessed strength in John's character that day. Despite the depth of the grief he must have been experiencing he continually comforted Krista and his sons.

My wife is in regular contact with Krista and I periodically check in with her to see how she is doing, just as I am sure John would do if our situations were reversed. Krista has worked hard to support the family, be strong for her sons, and remain hopeful for John's return.  I am certain that John is remorseful for the suffering his actions have caused his family.

I respectfully ask that you take into consideration the time that John has already served in custody, the behavior he has demonstrated as a trustworthy and dependable neighbor, and the needs of his family to have him return home and grant him leniency in his sentencing.

Very truly yours,

*Mark A. Colton*
Mark A. Colton
4608 Guava Ave
Seal Beach, CA 90740

EXHIBIT B

Dear Judge Walter,

My name is Michael Balian and I am writing this letter on behalf of myself and my family, consisting of my little brother Matthew and my mother Krista. John Balian is my father and the staple in our family. He has provided our family with constant emotional support as well as providing his children with guidance in life.

My father came to the states when he was in grade school not knowing any english. He was made fun of for being different, yet that never stopped him. He learned English within his first year of being in America, and was able to skip the 4th grade. He did this all on his own with his parents only being there for financial and emotional support. John had to teach his parents and two younger siblings English and all the conformities that came with living in America. John has been committed to his family since he was a young boy. His traits of determination and compassion helped him and his family live the American dream. Being his oldest son, I felt compelled to follow in his footsteps. I constantly practice strong work ethic and persistence. My father taught me to never give up even if all the odds were stacked against you.

At the age of 22 my father ended up joining the police academy, and he was 1 out of 2 Armenians in the graduating class. I never had the desire to become a police officer but watching my father work so hard to chase his dream was inspirational. This made me feel like nothing was impossible. My father served as a police officer for twenty years, pretty much the whole span of my life. I've come to realise that it was very demanding of him, but he still managed to be a supportive father to my older sister and my younger brother and I.

My father's abscence has been a great hardship on my family. I have taken the role of man of the house and as a twenty year old and it is a lot of pressure. My older sister, Lexy passed away last Janurary 23rd, and my father was taken away about two months after. This last year has been a huge blow to my family and the only thing I can say keeping myself this strong is the remembrance of my father never giving up. While this is no dream im chasing, I feel my father did a great job in preparing me for this moment in my life. I work full time at Trader Joes, and am on the path to becoming a manger and I would never be where I am today in life without my father.

My father is a very devoted man, not just with work but his family also. John has seen what this is putting our family through and I have no doubt in my mind he has learned his lesson. I ask you politely your honor for the greatest deal of leniency for my father as I do believe society would not benefit from keeping John in custody beyond the time he has already served. An additional prison sentence would be detrimental to all concerned. Thank you for your time your honor.

EXHIBIT B

The Honorable John F. Walter                    December 25, 2018
United States District Judge
Central District of California
First Street Federal Courthouse
350 W. 1st Street
Los Angeles, CA 90012

Re: John Balian

Dear Judge Walter,

Thank you for the opportunity to write on behalf of my friend John Balian.  I
have known John and have been his best friend for approximately 22
years.  I have been very close with his wife, children, parents and extended
family.

I first met John when he was hired by the Montebello Police Department in
1996.  At that time I was a Detective for the police department.  I watched
as John went from a rookie police officer to the position of Corporal.  I was
first impressed with John's ability to communicate; not only in numerous
languages, but with all members of the community.  John had the keen
ability to develop informants and provide valuable information to the
investigative bureau.  Much of this information was utilized by myself and
other detectives to solve a host of serious crimes.  John's interactions with
members of the community were unsurpassed.  John received numerous
citations and positive feedback from many members of the departments
management team for his work ethic and commitment to the city.  John was
chosen as Officer of the Year in 2001 for his outstanding accomplishments .
As the lead detective of our departments Gang Unit, I was proud to
recommend John for a position on my team.  During my nearly twenty year
career, John would rate in the top five officers in his abilities and
commitment to the job.

On the topic of friendship, I have no closer friend than John.  Our families
spend a great deal of time together, particularly during the holidays.  I really
admired the close bond that John had/has with his parents and extended
family.  The loss of John's dad last year to cancer and the unexpected
death of his beautiful daughter was to say the least, a real hardship for him.

EXHIBIT B

I was there with him during these times. I personally felt his pain.  I retired in 2004 and moved home to New York.  My friendship with John remained the same, seeing him often and talking regularly.  John has been a great friend, always just a phone call away.  My father, a Pastor, married John and his wife.

While I was sorry to see John involved in the investigation at hand, I believe this in no way reflects who John really is.  In life we all make mistakes, some more serious than others.  John is a good person with a good heart.  I only hope that this incident is not overshadowed by his life long list of accomplishments.  John's two sons need him at home to help shape their future.  I feel that I am an excellent judge of character and I believe that John, if allowed to return to his community will pose no threat. In fact, knowing John as I do, I believe he will excel when released.  I pray that your Honor would view John's entire life on earth when deciding his punishment.   We need John back at home. I urge you to release his him as soon as possible.


Respectfully Submitted,

Robert Tufano
9 Bent Pine Hollow
Clifton Park, New York 12065
(518) 488-8889

The Honorable John F. Walter
United States District Judge
Central District of California
First Street Federal Courthouse
350 W. 1st Street
Los Angeles, CA. 90012


Re: John Balian


Dear Judge Walter,

Thank you for taking the time to read my letter. My son is John Balian.
John is my oldest son out of three children. He is a good son, brother, uncle, husband, father and friend to all.

My son John is one of a kind. When he was born, he was an adorable baby that always had a smile on his face. All of our family and friends loved him. He was a good son to us and had a great childhood. He had a personality that everyone loved. He was friends with everyone and if he didn't know someone, he made sure to get to know them. He made sure everyone mattered that came in contact with him. Our neighbors also loved John. He was always asked to do chores for the neighbor's when they were going out of town like watering their plants. They tried to pay him and he would never take it, but rather he would do it out of the goodness of his heart. Growing up, John helped me with so much. My husband had many surgeries that were major. John helped me with taking care of his brother and sister, his father, and anything else that we needed while I worked and he went to school. He was helping others often. I remember one day there was a senior citizen gentleman with dementia walking in front of our house that was lost. John was able to find out where he lived and drove him back home where the family was so thankful to him. There are so many more things he has done in life that shows what a good person he is, that I can go on and on.

John is a very hard working, loving, caring, helpful, and kind human being. He is loved by all that know him and especially by his family. When he became a police officer, we were so proud of him. He was so good at all he did. I know my son and I know this was out of character of him. I don't know how and when he was capable of doing something wrong. However, I know it was a big mistake and he knows that as well. It breaks my heart to see my first born child in jail. It is so hard for me to go and see him even. Unfortunately, I lost my husband in 2017 and I have not been as strong as I was with my wonderful husband.

I pray every day that my son will be out and with his family again. Please let him have a chance to rebuild his life with his family from a new start. His children, wife, sister, brother, nieces, nephew and I miss him so much. The Holidays were extremely hard for all of us and as a family all we could do is pray for John to be back home with us soon. This was a hard letter for me to write and I hope I was able to explain in a short letter what a wonderful person John is. I love

EXHIBIT B

my son so much and I'm sorry for the things he did wrong. Thank you again for taking the time
to reading my letter.

Sincerely,

Selin Balian
12342 Vicksburg Circle
Los Alamitos, CA. 90720

EXHIBIT B

CITY OF GLENDALE

JOB PERFORMANCE EVALUATION

**Annual Performance Evaluation - Maintain Merit Salary Step**

| | | | | |
|---|---|---|---|---|
| Employee: | John Saro Balian | Position #: | 669283 | Employee #: | 20862 |
| Title: | Police Officer | | | |
| Department: | Police | Effective Date: | 16-MAR-2016 | |
| Location: | Police - Narco/Impact | | | |
| Position Entry Date: | 19-OCT-2004 | Current Step & Rate: | 6 | 8,212.00 |
| Next Evaluation Due: | 16-MAR-2017 | | | |

-----------------------------------------------------------------------------------------------------

**REMOVAL OF MERIT SALARY STEP REQUIRES THAT YOU CONTACT HUMAN RESOURCES IN WRITING PRIOR TO [   31-MAR-2016   ]**

**Approval/Disapproval of Maintaining Merit Salary Step:**

(X) Maintain Merit salary step.

( ) Remove Merit salary step and reduce to step 5 based on below standard
      performance.  Next step increase review date is to be:_____
    * Removal of merit salary step requires City Manager's signature.

_____  3/4/16          _____  3/11/16
Reporting Supervisor's Signature & Date          Department Head's Signature & Date

SGT. TOBY DARBY  #17898          LT. SCOTT A. BICKLE
Print or Type Reporting Supervisor's Name

I request additional time, up to three working days or other mutually agreed upon time, to review

this job performance evaluation before signing it.  This job performance evaluation and comments,

if any, will be returned to my supervisor on or before: _____

Employee's initials: _____          Supervisor's initials: _____

I have received and read the foregoing report regarding my performance as of this date.

Any comments I may have are attached.

[ ]   Please see my comments attached.

_____  3/17/16
Employee's Signature & Date

JOHN- THANK YOU
FOR ALL YOUR HARD WORK
THIS PAST YEAR!
D.C. CARL POVZYADDS

_____
City Manager's Signature & Date
* (Required if merit salary step removed)

**Attach this cover sheet to the completed Employee Performance Evaluation, Form CS289.**

**Process in triplicate.  Original copy for Human Resources, one copy for Department files, one copy for employee.**

EXHIBIT C

 glendale
california

## Performance Highlights/Development Needs

John has over 17 years of law enforcement experience.  The past 9 years and 5 months, he has been with the Glendale Police Department.  John has been assigned to the Narcotic's Detail for approximately 8 years.  He has continued to establish himself as a hard worker not only on his own cases, but others as well.  John is a true team player who really knows the importance of teamwork and attention to detail.  John conducts thorough investigations and ensures that all reports and game plans are properly completed and submitted in a timely manner.

This evaluation period, I rated John as "Exemplary" when it comes to evaluating his "INTERPERSONAL SKILLS/TEAMWORK".  John has a strong sense of pride for the Glendale Police Department and the position that he holds.  He is a tenured officer who is trustworthy and reliable.  John is always upbeat and brings a sense of high morale, good teamwork and cohesiveness to the unit.  Throughout his career, John has developed contacts with other law enforcement agencies who he sometimes calls upon to assist during investigations.  John shares his knowledge and contacts with other members in our detail who have yet to develop such contacts.  Although John conducts outstanding investigations, he is known for his willingness to assist others with their investigations by taking the eye on surveillances or by offering ideas and suggestions in order to arrive to a successful outcome.

It is difficult to measure the individual quantity of work in the Vice/Narcotic's Detail, since the results of the detail are due to a collective effort.  However, John was productive throughout the year acting as the lead investigator on approximately 9 cases (including U/C vice operations within our city).  Some of John's noteworthy arrests are as follows:

1) DR# 15-11965 – John was the lead investigator that resulted in the arrest of a heroin dealer who supplied Glendale residents with heroin. This investigation lead to the seizure of 2 ounces of heroin.
2) DR# 15-19415 – John investigated a habitual major-level heroin/opium dealer, who resides in Glendale. John's investigation led to the arrest of the suspect and the seizure of 11 pounds of opium and 2 pounds of heroin.  The case was ultimately filed with the Los Angeles County District Attorney's "Major Narcotic's Bureau" in downtown Los Angeles.  This case was later mentioned not only in the Glendale News Press, but also the national "KNR" report that is disseminated to federal agents throughout the world. Members of the community have also contacted the Glendale Police Department, expressing their gratitude to the Narcotic's Detail for the investigation, which ultimately led to the eviction of the suspect from his residence.
3) DR# 16-201 – John's investigation lead to the seizure of approximately 3.5 grams of methamphetamine and the seller arrested.  Another local narcotics dealer identified and taken off the streets.

**PERSONAL GOALS:**

- Look for opportunities to share your knowledge with other members of the department and the community.
- Continue to expand your knowledge in narcotic investigations by seeking out classes on narcotic related investigations.
- Maintain your positive attitude and work ethic.

EXHIBIT C

CITY OF GLENDALE
EMPLOYEE
JOB PERFORMANCE EVALUATION

CITY PERSONNEL

**Annual Performance Evaluation - Maintain Merit Salary Step**

Employee:           John Saro Balian                Position #:   669283        Employee #:      20862
Title:              Police Officer
Department:         Police                          Effective Date:   16-MAR-2015
Location:           Police - Narco/Impact
Position Entry Date:   19-OCT-2004                  Current Step & Rate:    6    8,212.00
Next Evaluation Due:   16-MAR-2016
----------------------------------------------------------------------------------------------------
**REMOVAL OF MERIT SALARY STEP REQUIRES THAT YOU CONTACT HUMAN RESOURCES IN WRITING PRIOR TO [   31-MAR-2015   ]**

**Approval/Disapproval of Maintaining Merit Salary Step:**

(X) Maintain Merit salary step.

( ) Remove Merit salary step and reduce to step 5 based on below standard
      performance.  Next step increase review date is to be:_____
      * Removal of merit salary step requires City Manager's signature.

_____ 3/9/15                                  _____ 4/3/15
Reporting Supervisor's Signature & Date          Department Head's Signature & Date

**Sgt. Toby Darby**                              _Seana Buck_
Print or Type Reporting Supervisor's Name        LT. SCOTT A. BICKLE    3-31-15

I request additional time, up to three working days or other mutually agreed upon time, to review

this job performance evaluation before signing it.  This job performance evaluation and comments,

if any, will be returned to my supervisor on or before:  _____

Employee's initials: _____        Supervisor's initials: _____

I have received and read the foregoing report regarding my performance as of this date.

Any comments I may have are attached.

[ ]   Please see my comments attached.

_____ 4-21-15
Employee's Signature & Date

_____
City Manager's Signature & Date
* (Required if merit salary step removed)

**Attach this cover sheet to the completed Employee Performance Evaluation, Form CS289.**

**Process in triplicate.  Original copy for Human Resources, one copy for Department files, one copy for employee.**

EXHIBIT C

## INITIATIVE/ACCEPTANCE OF ASSIGNMENTS

THIS EMPLOYEE:
- [ ] Actively seeks new assignments & proposes more effective procedures.
- [x] Accepts new assignments and procedures enthusiastically.
- [ ] Accepts new assignments as requested
- [ ] Accepts new assignments hesitantly.
- [ ] Resists accepting or rejects new assignments.

Comments: John accepts new assignments enthusiastically and doesn't complain. John is one of the first ones to step up and volunteer for assignments by the sergeants. On one occasion, Lt. Bickle commended John for volunteering to respond off hours to a case initiated by patrol. As a result of John's response, an arrest was made and 40 grams of opium was seized (reference DR#14-3385 for details).

## ACCEPTANCE OF SUPERVISION

THIS EMPLOYEE:
- [ ] Responds to the full intent of directions, instructions and/or correction enthusiastically.
- [x] Responds to the full intent of directions, instructions and/or correction willingly.
- [ ] Responds well to directions, instructions and/or correction.
- [ ] Responds reluctantly to the intent of directions, instructions and/or correction.
- [ ] Objects and resists before accepting directions, instructions and/or correction.

Comments: John is respectful to his supervisors and is accepting of constructive criticism. In the month of September, John was counseled on various things such as report writing, game plans, utilizing digital audio recorders during interviews and tactics. John was very accepting of the constructive criticism. After the counseling session, John made many efforts to improve. John made improvements in report writing and game plans, but still needs remember to utilize his digital recorder while conducting interviews. John is cordial and professional with his supervisors and management staff.

## RESOURCEFULNESS / INGENUITY

THIS EMPLOYEE:
- [ ] Consistently utilizes resources creatively and displays ingenuity in accomplishing job duties.
- [ ] Frequently displays resourcefulness and ingenuity in accomplishing job duties.
- [x] Utilizes available resources - may show some ingenuity in performance of job duties.
- [ ] Displays occasional resourcefulness and ingenuity.
- [ ] Has displayed little or no ingenuity or resourcefulness in accomplishing job duties.

Comments: John has a good understanding of his job, but could improve his knowledge in various law enforcement databases used during investigations. John is returning to the detail after being off for an injury, so there was a short transition period in learning the databases such as JDIC, CalPhoto, Coplink or Accurint. After getting access to some of these databases, he began implementing them in some of his investigations. However, John does have contacts in federal agencies that have access to databases not available to Glendale police personnel. John is often called upon to obtain information from his contacts, which provide beneficial information to all personnel in the narcotic's detail. I would encourage John to continue his education in various databases available to Glendale Police personnel.

## III. HUMAN RELATIONS

### TEAMWORK

THIS EMPLOYEE:
- ☒ Promotes team cohesiveness and enhances productivity through excellent team orientation skills.
- ☐ Contributes to team effectiveness through participation and timely completion of tasks.
- ☐ Displays adequate sensitivity towards team members, participates satisfactorily toward goals.
- ☐ Is a reluctant team player with minimal acceptable cooperation and participation.
- ☐ Creates friction within the team due to lack of participation and cooperation.

Comments: John's friendly and professional demeanor, coupled with his tenacious work ethic, enables him to be well liked by his peers and supervisors. John does his part to contribute to the teamwork mentality of the group. For example, John volunteered to stay behind and cover day shift duties while his team attended the annual CNOA conference in Anaheim, California. John's selflessness allowed the team to learn current narcotic trends and take part in networking with other law enforcement agencies.

### WORKING RELATIONSHIPS

THIS EMPLOYEE:
- ☐ Consistently demonstrates outstanding ability to work harmoniously and effectively with others; exemplifies the City's valuing diversity goals.
- ☒ Maintains cooperative and effective working relationships; respects differences.
- ☐ Typically works well with others, adequately resolves occasional difficulties.
- ☐ Works smoothly with some, effectiveness often limited by sporadic conflict.
- ☐ Often encounters difficulty working with others.

Comments: John gets along well with both his peers and supervisors. John is respectful, easy going, and is well liked. John has been a pleasure to supervise.

### CUSTOMER SERVICE

THIS EMPLOYEE:
- ☐ Exemplifies the organization's high level of standards for customer service.
- ☒ Consistently demonstrates good customer service skills and practices.
- ☐ Displays adequate customer service skills.
- ☐ Displays minimally acceptable skills in dealing with the public or internal customers.
- ☐ Fails to demonstrate sufficient customer service skills to meet organization's standards.

Comments: John consistently demonstrates good customer service skills and practices. For example, John was contacted by an elderly female who asking for assistance in getting her to the doctor's office. John took it upon himself to assist her in getting to the doctor's office, so she would not be late for the appointment. I have also seen John's compassionate side during the service of search warrants, as he ensures that all parties involved in the investigation are treated with dignity and respect. On October 29, 2014, John volunteered his time to a represent the Glendale Police Department at a community event for the Armenian Bar Association. John is receptive to the needs of the community, evident by his interactions with the members in our community.

EXHIBIT C

## SUPERVISION OF OTHERS

THIS EMPLOYEE:

- ☐ Consistently obtains maximum results through implementation of effective supervisory practices.
- ☐ Usually obtains cooperation and high productivity through sound supervisory practices.
- ☐ Exhibits acceptable supervisory skill with guidance in complex issues.
- ☐ Obtains moderate cooperation from subordinates with extensive guidance.
- ☐ Creates unnecessary confusion and low morale through lack of supervisory ability.
- ☒ Not Applicable

Comments:  N/A

## SUMMARY EVALUATION COMMENTS

John has over 19 years of law enforcement experience.  The past 10 years, he has been with the Glendale Police Department.  John has returned to the Narcotic's Detail after being off for approximately one year for a work related injury.  Upon returning to work, John was motivated to work narcotic cases.  John utilized his resources in federal entities to obtain information on a major drug trafficking organization operating in and around the city of Glendale.  John continues to investigate that organization as well as others.

John struggled at first with report writing and game plans, but quickly corrected his mistakes.  John is very receptive to constructive criticism and makes effort to improve his faults.

John is a hard worker and is passionate about his job.  John has conducted some great investigations, which has resulted in large seizures and numerous arrests.  I would encourage John to continue his path of improvement and continue to exceed the standards of the Glendale Police Department.

## GOALS AND OBJECTIVES

**The following goals and objectives have been established through a participative exchange between the rater and subject employee.  It has been determined and agreed that the following will contribute significantly to improved job performance and/or career development:**

1. Continue to expand your knowledge of investigative tools by attending a "Coplink" class.
2. Look for opportunities to share the knowledge that you have obtained with other members of the Glendale Police Department. This can be done by conducting line up trainings, developing/distributing informational documents to departmental personnel, or developing a Power Point presentation, which could be shared by officers interested in narcotic investigations.
3. Research and review search warrants and reports written by other members in the department to improve your style of writing.
4. Utilize the resources available to you such as DAR's during interviews, jail phone calls and various databases during your investigations.

CITY OF GLENDALE
EMPLOYEE
JOB PERFORMANCE EVALUATION

CITY PERSONNEL

**Annual Performance Evaluation - Maintain Merit Salary Step**

Employee:        John Saro Balian              Position #:   669283        Employee #:        20862
Title:              Police Officer
Department:     Police                              Effective Date:   16-MAR-2011
Location:         Police - Professional Standard
Position Entry Date:    19-OCT-2004                   Current Step & Rate:    6    8,380.00
Next Evaluation Due:   16-MAR-2012

-------------------------------------------------------------------------------------------------------------

**REMOVAL OF MERIT SALARY STEP REQUIRES THAT YOU CONTACT HUMAN RESOURCES IN WRITING PRIOR TO [   31-MAR-2011   ]**

**Approval/Disapproval of Maintaining Merit Salary Step:**

(✓)  Maintain Merit salary step.

( )  Remove Merit salary step and reduce to step 5 based on below standard
       performance.  Next step increase review date is to be:_____
       * Removal of merit salary step requires City Manager's signature.

_____  3/11/11        5. June 14.                 CAPT. Michael J. Rock  3-21-11
Reporting Supervisor's Signature & Date       3-15-11    Department Head's Signature & Date

_____     L. Miller  3-11-18
Print or Type Reporting Supervisor's Name

I request additional time, up to three working days or other mutually agreed upon time, to review

this job performance evaluation before signing it.  This job performance evaluation and comments,

if any, will be returned to my supervisor on or before:   _____

Employee's initials:  _____        Supervisor's initials:  _____

I have received and read the foregoing report regarding my performance as of this date.

Any comments I may have are attached.

☐    Please see my comments attached.

_____  3-29-11
Employee's Signature & Date

_____
City Manager's Signature & Date
* (Required if merit salary step removed)

**Attach this cover sheet to the completed Employee Performance Evaluation, Form CS289.**

**Process in triplicate.  Original copy for Human Resources, one copy for Department files,
one copy for employee.**

EXHIBIT C

## EMPLOYEE JOB PERFORMANCE EVALUATION

**Name:**   John Balian                                    **Classification:**   Police Officer

**Evaluation Period: From**   October 19, 2009          **to**   March 19, 2011

# PERFORMANCE STANDARDS
## I. WORK HABITS

The following dimensions have only three selections - representing performance which exceeds, meets or fails to meet an accepted City of Glendale standard:

### ATTENDANCE / PUNCTUALITY

<u>THIS EMPLOYEE:</u>

- ☐ Maintains outstanding punctuality and attendance records.
- ☒ Is consistently punctual and/or maintains an acceptable attendance record.
- ☐ Has difficulty arriving on time and/or maintaining an appropriate attendance record.

  Sick Leave hours used in this evaluation period:   402

Comments: During this rating period, John used all except for 10 hours of the above listed sick leave hours during an extended leave of absence.  John requests days off appropriately. He arrives to work early and is always prepared for the work day ahead.

### SAFETY PROCEDURES

<u>THIS EMPLOYEE:</u>

- ☐ Follows safety procedures diligently and actively works towards improving workplace safety.
- ☒ Typically follows proper safety procedures/shows reasonable concern for a safe working environment.
- ☐ Displays a tendency to disregard safety procedures and/or needs to pay more attention to safety.

Comments: During this rating period, John has attended numerous search warrant briefings.  John carries the appropriate safety equipment needed to safely participate in the execution of search warrants.  John is adept at surveillance driving and has had no at-fault driving incidents.

### INITIATIVE/ACCEPTANCE OF ASSIGNMENTS

<u>THIS EMPLOYEE:</u>

- ☐ Actively seeks new assignments & proposes more effective procedures.
- ☒ Accepts new assignments and procedures enthusiastically.
- ☐ Accepts new assignments as requested
- ☐ Accepts new assignments hesitantly.
- ☐ Resists accepting or rejects new assignments.

Comments: John accepts all assignments irregardless of how undesirable the assignment might be.  I've asked John to work undercover on prostitution stings and also to be the case agent.  He does not hesitate to do either.  On several occassions it has been necessary to transport arrested suspects to the jail after a long day of surveillance.  John "steps up" and takes the transportation assignments without hesitation.

EXHIBIT C

# III. HUMAN RELATIONS

## TEAMWORK

THIS EMPLOYEE:
- ☐ Promotes team cohesiveness and enhances productivity through excellent team orientation skills.
- ☒ Contributes to team effectiveness through participation and timely completion of tasks.
- ☐ Displays adequate sensitivity towards team members, participates satisfactorily toward goals.
- ☐ Is a reluctant team player with minimal acceptable cooperation and participation.
- ☐ Creates friction within the team due to lack of participation and cooperation.

Comments: John understands that completing tasks is an important part of teamwork.  He makes himself available to assist his peers with what ever they need and is always willing to take on the difficult jobs.

## WORKING RELATIONSHIPS

THIS EMPLOYEE:
- ☐ Consistently demonstrates outstanding ability to work harmoniously and effectively with others; exemplifies the City's valuing diversity goals.
- ☒ Maintains cooperative and effective working relationships; respects differences.
- ☐ Typically works well with others, adequately resolves occasional difficulties.
- ☐ Works smoothly with some, effectiveness often limited by sporadic conflict.
- ☐ Often encounters difficulty working with others.

Comments: Since John's return from his extended leave in mid-November of 2010 and for the last 5 months under my supervision, John has maintained a professional relationship with his direct supervisors.  John has also maintained a friendly and cooperative relationship with the members of the Vice/Narcotics team.

## CUSTOMER SERVICE

THIS EMPLOYEE:
- ☐ Exemplifies the organization's high level of standards for customer service.
- ☐ Consistently demonstrates good customer service skills and practices.
- ☒ Displays adequate customer service skills.
- ☐ Displays minimally acceptable skills in dealing with the public or internal customers.
- ☐ Fails to demonstrate sufficient customer service skills to meet organization's standards.

Comments: John is responsive to the needs of the community.  Any tips or complaints from the community that come to John are usually followed up on quickly.

## SUPERVISION OF OTHERS

THIS EMPLOYEE:
- ☐ Consistently obtains maximum results through implementation of effective supervisory practices.
- ☐ Usually obtains cooperation and high productivity through sound supervisory practices.
- ☐ Exhibits acceptable supervisory skill with guidance in complex issues.
- ☐ Obtains moderate cooperation from subordinates with extensive guidance.
- ☐ Creates unnecessary confusion and low morale through lack of supervisory ability.
- ☒ Not Applicable.

EXHIBIT C

CITY OF GLENDALE
EMPLOYEE
JOB PERFORMANCE EVALUATION

CITY PERSONNEL

**Annual Performance Evaluation - Maintain Merit Salary Step**

| | | | | |
|---|---|---|---|---|
| Employee: | John Saro Balian | Position #: | 669283 | Employee #: 20862 |
| Title: | Police Officer | | | |
| Department: | Police | Effective Date: | 16-OCT-2009 | |

Position Entry Date:     19-OCT-2004          Current Step & Rate:    6    7,981.00
Next Evaluation Due:   19-OCT-2010

-------------------------------------------------------------------------------------------------

**REMOVAL OF MERIT SALARY STEP REQUIRES THAT YOU CONTACT HUMAN RESOURCES IN WRITING PRIOR TO [    31-OCT-2009    ]**

**Approval/Disapproval of Maintaining Merit Salary Step:**

(X) Maintain Merit salary step.

( ) Remove Merit salary step and reduce to step 5 based on below standard
      performance.  Next step increase review date is to be:_____
   * Removal of merit salary step requires City Manager's signature.

_S. Johnstone_ 10/7/09 _____          _CAPT. Michael J. Rock_ 10-12-09
Reporting Supervisor's Signature & Date          Department Head's Signature & Date

_Scott Johnstone_____
Print or Type Reporting Supervisor's Name

I request additional time, up to three working days or other mutually agreed upon time, to review

this job performance evaluation before signing it.  This job performance evaluation and comments,

if any, will be returned to my supervisor on or before: _____

Employee's initials: _____          Supervisor's initials: _____

I have received and read the foregoing report regarding my performance as of this date.

Any comments I may have are attached.

[ ]      Please see my comments attached.

_JSB_ 10-22-09
Employee's Signature & Date

_____
City Manager's Signature & Date
* (Required if merit salary step removed)

**Attach this cover sheet to the completed Employee Performance Evaluation, Form CS289.**

**Process in triplicate.  Original copy for Human Resources, one copy for Department files, one copy for employee.**

EXHIBIT C

## WORKING RELATIONSHIPS

THIS EMPLOYEE:
- ☐ Consistently demonstrates outstanding ability to work harmoniously and effectively with others; exemplifies the City's valuing diversity goals.
- ☒ Maintains cooperative and effective working relationships; respects differences.
- ☐ Typically works well with others, adequately resolves occasional difficulties.
- ☐ Works smoothly with some, effectiveness often limited by sporadic conflict.
- ☐ Often encounters difficulty working with others.

Comments:   Officer Balian works well with others in the Vice/Narcotics Bureau

## CUSTOMER SERVICE

THIS EMPLOYEE:
- ☐ Exemplifies the organization's high level of standards for customer service.
- ☒ Consistently demonstrates good customer service skills and practices.
- ☐ Displays adequate customer service skills.
- ☐ Displays minimally acceptable skills in dealing with the public or internal customers.
- ☐ Fails to demonstrate sufficient customer service skills to meet organization's standards.

Comments:   Officer Balian has always been professional in his dealings with the public.  John is aware of the diversity in our City and treats all citizens fairly.

## SUPERVISION OF OTHERS

THIS EMPLOYEE:
- ☐ Consistently obtains maximum results through implementation of effective supervisory practices.
- ☐ Usually obtains cooperation and high productivity through sound supervisory practices.
- ☐ Exhibits acceptable supervisory skill with guidance in complex issues.
- ☐ Obtains moderate cooperation from subordinates with extensive guidance.
- ☐ Creates unnecessary confusion and low morale through lack of supervisory ability.
- ☒ Not Applicable

Comments:   _____

# III. HUMAN RELATIONS

## TEAM WORK

THIS EMPLOYEE:

○ Promotes team cohesiveness and enhances productivity through excellent team orientation skills.
◉ Contributes to team effectiveness through participation and timely completion of tasks.
○ Displays adequate sensitivity towards team members, participates satisfactorily toward goals.
○ Is a reluctant team player with minimal acceptable cooperation and participation.
○ Creates friction within the team due to lack of participation and cooperation.

Comments:

Without a doubt, John is always around to help out his peers. John appreciates the fact that his assistance to others often provides him critical training.

## WORKING RELATIONSHIPS

THIS EMPLOYEE:

○ Consistently demonstrates outstanding ability to work harmoniously and effectively with others; exemplifies the City's valuing diversity goals.
◉ Maintains cooperative and effective working relationships; respects differences.
○ Typically works well with others, adequately resolves occasional difficulties.
○ Works smoothly with some, effectiveness often limited by sporadic conflict.
○ Often encounters difficulty working with others.

Comments:

John's strongest trait has been able to work with his supervisors and support his partners in Vice according to Sgt. Johnstone. John was the same in Staff Services and always tried to balance controversial issues by working through them. John has learned that controversy occurs and the biggest challenge is understanding that not everyone will have the same opinion in attempting resolve conflicts.

## CUSTOMER SERVICE

THIS EMPLOYEE:

○ Exemplifies the organization's high level of standards for customer service.
◉ Consistently demonstrates good customer service skills and practices.
○ Displays adequate customer service skills.
○ Displays minimally acceptable skills in dealing with the public or internal customers.
○ Fails to demonstrate sufficient customer service skills to meet organization's standards.

Comments:

John is very responsive to citizens. He speaks very well and with authority. As a result he was recognized with a Community Award from the ANC.

# IV. SUPERVISION OF OTHERS

THIS EMPLOYEE:

○ Consistently obtains maximum results through implementation of effective supervisory practices.
○ Usually obtains cooperation and high productivity through sound supervisory practices.
○ Exhibits acceptable supervisory skill with guidance in complex issues.
○ Obtains moderate cooperation from subordinates with extensive guidance.
○ Creates unnecessary confusion and low morale through lack of supervisory ability.
◉ Not Applicable

Comments:

EXHIBIT C

## JOB PERFORMANCE EVALUATION

**Annual Performance Evaluation - Maintain Merit Salary Step**

| | | | | |
|---|---|---|---|---|
| Employee: | John Saro Balian | Position #: | 669283 | Employee #:   20862 |
| Title: | Police Officer | | | |
| Department: | Police | Effective Date:   16-OCT-2007 | | |

Position Entry Date:   19-OCT-2004
Next Evaluation Due:   19-OCT-2008

Current Step & Rate:   6   7,170.00

-------------------------------------------------------------------------------------------------

**REMOVAL OF MERIT SALARY STEP REQUIRES THAT YOU CONTACT HUMAN RESOURCES IN WRITING PRIOR TO [   31-OCT-2007   ]**

--------------------------------------------------------------------------------------------------

**Approval/Disapproval of Maintaining Merit Salary Step:**

(X) Maintain Merit salary step.

( ) Remove Merit salary step and reduce to step 5 based on below standard
performance. Next step increase review date is to be: _____
* Removal of merit salary step requires City Manager's signature.

_____                    _____ 11-20-07
Reporting Supervisor        Date                          Department Head        Date

I request additional time, up to three working days or other mutually agreed upon time, to review

this job performance evaluation before signing it. This job performance evaluation and comments,

if any, will be returned to my supervisor on or before:  _____

Employee's initials: _____              Supervisor's initials: _____

I have received and read the foregoing report regarding my performance as of this date.

Any comments I may have are attached.

☐   Please see my comments attached.

_____ 11-27-07
Employee        Date

_____
City Manager        Date
* (Required if merit salary step removed)

_JOHN: CONGRATULATIONS ON AN OUTSTANDING YEAR! YOUR LOYALTY, DEDICATION, AND CONTRIBUTIONS ARE GREATLY APPRECIATED._

_A/CHIEF_

**Attach this cover sheet to the completed Employee Performance Evaluation, Form CS289.**

**Process in triplicate.  Original copy for Human Resources, one copy for Department files,
one copy for employee.**

EXHIBIT C

## ACCEPTANCE OF SUPERVISION

THIS EMPLOYEE:
- ◯ Responds to the full intent of directions, instructions and/or correction enthusiastically.
- ◉ Responds to the full intent of directions, instructions and/or correction willingly.
- ◯ Responds well to directions, instructions and/or correction.
- ◯ Responds reluctantly to the intent of directions, instructions and/or correction.
- ◯ Objects and resists before accepting directions, instructions and/or correction.

Comments

John requires minimal supervision which makes it a pleasure to supervise him. He responds to constructive criticism. His position requires him to interface with supervisors and managers. He has, on numerous occasions, conducted himself in a manner that far exceeds my expectations.

## RESOURCEFULNESS/INGENUITY

THIS EMPLOYEE:
- ◯ Consistently utilizes resources creatively and displays ingenuity in accomplishing job duties.
- ◉ Frequently displays resourcefulness and ingenuity in accomplishing job duties.
- ◯ Utilizes available resources  - may show some ingenuity in performance of job duties.
- ◯ Displays occasional resourcefulness and ingenuity.
- ◯ Has displayed little or no ingenuity or resourcefulness in accomplishing job duties.

Comments

John is resourceful and continues to use his past experience to further his career. He continues to have a good relationship with others in the department. He is quick to offer assistance and guidance when it comes to those investigations dealing with organized crime, Middle Eastern culture and political philosophy within various groups.

## FLEXIBILITY/ADAPTABILITY

THIS EMPLOYEE:
- ◉ Consistently demonstrates outstanding ability to initiate and help bring about appropriate change.
- ◯ Frequently demonstrates both the ability and willingness to successfully adapt to changes.
- ◯ Adequately demonstrates the ability and willingness to adapt to change.
- ◯ Occasionally displays a reluctance to adapt to change.
- ◯ Has demonstrated a serious inability or willingness to adapt to change.

Comments

John has adjusted his hours to accomodate issues as they arise. He frequently spends his off hours trying to manage the press and be as thorough as possible.   John spends a great deal of his evenings making presentations or appearances at various events in the city. He does a very good job representing the department.

## EFFICIENCY/IMPROVEMENT

THIS EMPLOYEE:
- ◉ Consistently contributes sound ideas for improving efficiency and effectiveness of our work or group.
- ◯ Has helped implement improvements in the efficiency and effectiveness of our work or group.
- ◯ Appropriately cooperates with attempts to increase our efficiency and effectiveness.
- ◯ Does not contribute to efforts to improve our efficiency and effectiveness.
- ◯ Has served as a deterrent to implementing improvements in our efficiency and effectiveness.

Comments

John frequently offers suggestions, ideas and criticisms to ensure the efficiency of the office.  John does not hesitate to offer contructive criticism when there is improvement needed.



# SUMMARY EVALUATION COMMENTS

Page 6

John is a pleasure to supervise.  He is well respected amongst his peers.  He is quick to provide assistance to others.  He frequently adjusts his hours to accommodate others, while remaining dedicated to his own duties.  He has had the opportunity to continue applying his investigative skills while being the PIO to assist others in the organization.  John is well rounded who gets along with the public as well as his fellow coworkers.  I have received the following comments from managers within the organization:

"John is highly energetic and eager to stay engaged.  His assistance and willingness to involve himself in complex investigations with the EOCTF and other investigative units is outstanding and very much appreciated.

"John is very professional and a custodian of positive customer relations.  He is respected buy peers, superiors, and the public alike.  John has developed into a very effective media relations representative. "

" John understands the need to maintain the integrity of investigations while satisfying the public's hunger for facts."

"John is doing a good job.  I find him to be mature, responsive, helpful and a real team player.....All around a solid performer..."

John's continued dedication and progress will continue earning him an outstanding evaluation in years to come.

The summary rating is not intended to be an average of individual ratings.   Its weight is based on results achieved in relation to priority objectives and responsibilities.

# SUMMARY RATING

|  |  |  |  | XXXX |
|---|---|---|---|---|
| **Unsatisfactory** | **Below standards** | **Meets Standards** | **Exceeds standards** | **Outstanding** |
| Unacceptable performance which must receive immediate attention | Inconsistent performance, falling short of that normally expected. Requires remedial action. | Meets supervisor's expectation on performance criteria. | Performance which exceeds the level supervisor normally expects | Exemplary performance far exceeding performance criteria. |
|  |  |  |  |  |



EXHIBIT C

**CITY OF GLENDALE**
**EMPLOYEE**
## JOB PERFORMANCE EVALUATION

CITY PERSONNEL

RECEIVED
MGMT. SVCS.

2006 OCT 25 PM 1: 54

**Annual Performance Evaluation - Approval/Disapproval of Merit Salary Step**

| | | | |
|---|---|---|---|
| Employee: | John Saro Balian | Position #:   669283 | Employee #:   20862 |
| Title: | Police Officer | | |
| Department: | Police | Effective Date:   16-OCT-2006 | |

| | |
|---|---|
| Position Entry Date:   19-OCT-2004 | Current Step & Rate:   5   6.413.00 |
| Next Evaluation Due:   19-OCT-2007 | Proposed Step & Rate:   6   6.764.00 |

**THE ABOVE MERIT SALARY STEP INCREASE WILL NOT BECOME EFFECTIVE UNLESS HUMAN RESOURCES IS NOTIFIED IN WRITING PRIOR TO |   31-OCT-2006   |**

**Approval/Disapproval of Merit Salary Step Advancement:**

[X] **Approve advancement**  to Merit salary step, performance exceeds standards.
    *Requires City Manager's signature.

( ) Advancement to Merit salary step is   **not approved** at this time.
    Next step increase review date is to be:_____
    *Requires City Manager's signature.

_____  10-18-06               _____  10-19-06
Reporting Supervisor   Date                     Department Head   Date

I request additional time, up to three working days or other mutually agreed upon time, to review

this job performance evaluation before signing it.  This job performance evaluation and comments,

if any, will be returned to my supervisor on or before: _____

Employee's initials: _____          Supervisor's initials: _____

I have received and read the foregoing report regarding my performance as of this date.

Any comments I may have are attached.

[ ]   Please see my comments attached.

_____  10-24-06
Employee   Date

_____  10/25/06
City Manager   Date
*(Required whether approved or disapproved)

JOHN: THANKS FOR YOUR
OUTSTANDING SERVICE.
YOUR LOYALTY AND DEDICATION
IS SINCERELY APPRECIATED!
A/CHIEF _____

**Attach this cover sheet to the completed Employee Performance Evaluation, Form CS289.**

**Process in triplicate.  Original copy for Human Resources, one copy for Department files, one copy for employee.**

EXHIBIT C

# III.  HUMAN RELATIONS

## TEAM WORK

THIS EMPLOYEE:
- ◉ Promotes team cohesiveness and enhances productivity through excellent team orientation skills.
- ○ Contributes to team effectiveness through participation and timely completion of tasks.
- ○ Displays adequate sensitivity towards team members, participates satisfactorily toward goals.
- ○ Is a reluctant team player with minimal acceptable cooperation and participation.
- ○ Creates friction within the team due to lack of participation and cooperation.

Comments:

John is a team player. He constantly is on the look out for issues that may reflect negatively on the department. He offers constructive criticism and suggestions to those who make critical decisions on a daily basis.

## WORKING RELATIONSHIPS

THIS EMPLOYEE:
- ◉ Consistently demonstrates outstanding ability to work harmoniously and effectively with others; exemplifies the City's valuing diversity goals.
- ○ Maintains cooperative and effective working relationships; respects differences.
- ○ Typically works well with others, adequately resolves occasional difficulties.
- ○ Works smoothly with some, effectiveness often limited by sporadic conflict.
- ○ Often encounters difficulty working with others.

Comments:

John can work with anyone. He can adapt to individual styles when working on projects. John has done well adapting this year. It is a tough job to change from an enforcement role to a community liaison. From day one he worked hard to understand his role and make a positive impact.

## CUSTOMER SERVICE

THIS EMPLOYEE:
- ◉ Exemplifies the organization's high level of standards for customer service.
- ○ Consistently demonstrates good customer service skills and practices.
- ○ Displays adequate customer service skills.
- ○ Displays minimally acceptable skills in dealing with the public or internal customers.
- ○ Fails to demonstrate sufficient customer service skills to meet organization's standards.

Comments:

John is very responsive to citizens. John demands services to be provided in a manner that is acceptable, prudent and prompt. He likens to a familiar saying "Do unto others as you would expect others to do unto you." He requires that members of this department respond in a proactive manner towards the community.

# IV. SUPERVISION OF OTHERS

THIS EMPLOYEE:
- ○ Consistently obtains maximum results through implementation of effective supervisory practices.
- ○ Usually obtains cooperation and high productivity through sound supervisory practices.
- ○ Exhibits acceptable supervisory skill with guidance in complex issues.
- ○ Obtains moderate cooperation from subordinates with extensive guidance.
- ○ Creates unnecessary confusion and low morale through lack of supervisory ability.
- ◉ Not Applicable

Comments:

EXHIBIT C



# JOB PERFORMANCE EVALUATION

**Six Month Probationary Performance Evaluation (12-Month Probation)**

| | | | | |
|---|---|---|---|---|
| Employee: | John Saro Balian | Position #: | 669283 | Employee #: | 20862 |
| Title: | Police Officer | | | |
| Division: | Police | Effective Date: | 19-APR-2005 | |

Position Entry Date:   19-OCT-2004          Current Step & Rate:    4    5,736.00
Next Evaluation Due:  19-OCT-2005

-----------------------------------------------------------------------------------------------------------------

_____ 4·10·2005                    _____ 4·12·05
Reporting Supervisor      Date                              Division Head          Date

I request additional time, up to three working days or other mutually agreed upon time, to review

this job performance evaluation before signing it.  This job performance evaluation and comments,

if any, will be returned to my supervisor on or before: _____

Employee's initials: ___ _____            Supervisor's initials: ___ _____

I have received and read the foregoing report regarding my performance as of this date.

Any comments I may have are attached.

☐    Please see my comments attached.

_____ 4-19-05
Employee                    Date

**Attach this cover sheet to the completed Employee Performance Evaluation, Form CS289.**

**Process in triplicate.  Original copy for Personnel Division, one copy for Division files,
one copy for employee.**

EXHIBIT C

# EMPLOYEE JOB PERFORMANCE EVALUATION

**Name:** John Balian      **Classification:** Police Officer

**Evaluation Period: From** 10-19-2004 **to** 4-19-2005

## PERFORMANCE STANDARDS
## I. WORK HABITS

The following dimensions have only three selections - representing performance which exceeds, meets or fails to meet an accepted City of Glendale standard:

### ATTENDANCE / PUNCTUALITY

<u>THIS EMPLOYEE:</u>

☒ Maintains outstanding punctuality and attendance records.
☐ Is consistently punctual and/or maintains an acceptable attendance record.
☐ Has difficulty arriving on time and/or maintaining an appropriate attendance record.

     Sick Leave hours used in this evaluation period:    0

Comments: John manages to arrive to work early and is ready for duty. He has not used any sick leave during this rating period (October 19, 2004 through February 28, 2005). His sick leave usage is well below the citywide average.

### SAFETY PROCEDURES

<u>THIS EMPLOYEE:</u>
☐ Follows safety procedures diligently and actively works towards improving workplace safety.
☒ Typically follows proper safety procedures/shows reasonable concern for a safe working environment.
☐ Displays a tendency to disregard safety procedures and/or needs to pay more attention to safety.

Comments: John is a seasoned police officer and is conscious of officer safety hazards. He requests back-up as needed and provides appropriate back-up for his fellow officers to insure their safety as well.

### INITIATIVE/ACCEPTANCE OF ASSIGNMENTS

<u>THIS EMPLOYEE:</u>
☐ Actively seeks new assignments & proposes more effective procedures.
☒ Accepts new assignments and procedures enthusiastically.
☐ Accepts new assignments as requested
☐ Accepts new assignments hesitantly.
☐ Resists accepting or rejects new assignments.

Comments: John has attended narcotics training on his own time. John accepts any assignment whether large or small and I can count on him to thoroughly complete all tasks.

EXHIBIT C

# FOLLOW THROUGH

THIS EMPLOYEE:
- ☐ Always follows up on requests independently and sees them through to satisfactory resolution.
- ☐ Usually follows up on requests independently and sees them through to satisfactory resolution.
- ☒ Follows up on requests as directed, sees them through to satisfactory resolution.
- ☐ Occasionally has difficulty following up on requests or attending to details.
- ☐ Performs incomplete staff work or overlooks important details.

Comments: John is accountable to his district and follows through on problems he encounters. Sergeant Tsuruta recently commended John for taking the time to help a man who was living out of his vehicle. John established a rapport with the man and was able to convince him to go to an outreach organization to get the assistance he needed. John's efforts enhanced the quality of the man's life as well as the citizens in the area who frequently complained about him.

# PROBLEM SOLVING

THIS EMPLOYEE:
- ☐ Demonstrates exceptional analytical skills in resolving complex work-related problems.
- ☒ Arrives at competent, fair resolutions to work-related problems based on available information.
- ☐ Displays adequate problem-solving skills when faced with routine problems.
- ☐ Resists acting decisively or makes decisions based on erroneous or inadequate information.
- ☐ Demonstrates a complete lack of skills required to effectively resolve work-related problems.

Comments: John solves most problems independently. He rarely asks for supervisory assistance.

# WRITTEN COMMUNICATIONS

THIS EMPLOYEE:
- ☐ Consistently demonstrates exceptional written communication skills.
- ☒ Usually effectively and efficiently communicates concepts, ideas and thoughts in writing.
- ☐ Usually demonstrates adequate writing skills using appropriate structure & format.
- ☐ Demonstrates limited ability to communicate competently in writing.
- ☐ Demonstrates a lack of adequate skills required to effectively communicate in writing.

Comments: John's reports are well written and easy to understand.

# ORAL COMMUNICATIONS

THIS EMPLOYEE:
- ☒ Consistently demonstrates exceptional presentation and oral communication skills.
- ☐ Effectively and efficiently communicates concepts, ideas and thoughts verbally.
- ☐ Usually demonstrates adequate oral communication and presentation skills.
- ☐ Demonstrates limited and/or inconsistent oral communication ability.
- ☐ Demonstrates a lack of adequate skills required to effectively communicate verbally.

Comments: John's greatest strength is his ability to communicate. I have seen John speak to law enforcement officials from other agencies, suspects, victims, witnesses and people on the street. John is able to connect with people, gain their confidence, and elicit a maximum amount of information from them. John is fluent in the Armenian and Turkish languages. He is also able to communicate in Spanish, (though not fluently).