AUSA JEFF MITCHELL (CSBN: 236225)
312 N. Spring Street, 13th Floor
Los Angeles, CA 90012
Telephone: (213) 894-0698
E-mail: jeff.mitchell@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-345-JFW |
| v. | |
| JOHN SARO BALIAN, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☑ Lodged: **(List Documents)**

Ex Parte Application and Order to Seal Document; Under Seal Document

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

March 6, 2019
Date

JEFF MITCHELL
Attorney Name

Plaintiff, United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                           NOTICE OF MANUAL FILING OR LODGING