NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-7631
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-345-JFW |
| Plaintiff, | <u>GOVERNMENT'S THIRD SUPPPLEMENTAL POSITION RE: SENTENCING</u> |
| v. | SENTENCING DATE:  3/8/2019 |
| JOHN SARO BALIAN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeff Mitchell, hereby files its third supplemental sentencing position relating to defendant John BALIAN.

//

//

//

The government's third supplemental position regarding sentencing is based upon the attached memorandum of points and authorities, the files and records in this case, the Presentence Report, and any other evidence or argument that the Court may wish to consider at the time of sentencing.

Dated: March 7, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

  */s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

On February 25, 2019, the government submitted its sentencing position and argued for a two-level enhancement for an Abuse of Position of Trust, pursuant to USSG § 3B1.3. (Dkt. No. 90.)

On March 7, 2019, the Court issued a minute order ordering the government to file a supplemental brief addressing the applicability of the abuse of trust enhancement for offenses calculated under § 2C1.1, and to address Application Note 6.

**II. ARGUMENT**

Count One of the Information charges defendant with Bribery, in violation of 18 U.S.C. § 666. Bribery offenses are examined under Section 2C1.1 of the Sentencing Guidelines. Application Note 6 to § 2C1.1 states that district courts should "not apply § 3B1.3 (Abuse of Position of Trust or Use of Special Skill)" enhancements when calculating the Guidelines for bribery offenses.

If the Court were to apply the § 3B1.3 enhancement for an Abuse of Position of Trust it would constitute impermissible double counting, because inherent to all bribery offenses is an element of an abuse of trust. See United States v. Ford, 21 F.3d 759, 765 (7th Cir. 1994) (noting that "every act of public bribery inherently entails an abuse of public trust"). It is for these reasons that the Guidelines do not typically permit an additional enhancement under § 3B1.3 for an Abuse of Position of Trust.[1]

---

[1] Prior versions of the Sentencing Guidelines permitted § 3B1.3 enhancements if the offense level was calculated using the Bribery cross-referenced subparagraphs in § 2C1.1(c), but 2004 version of the Guidelines eliminated the enhancement for all offenses calculated under § 2C1.1.

**III. SENTENCING GUIDELINES**

The government submits that the Sentencing Guidelines should be calculated as followed:

| | |
|---|---:|
| Leading Base Offense (Count One) | 14 |
| Value of Bribe | +2 |
| Multiple Count Adjustment | +2 |
| Acceptance of Responsibility | -3 |

**IV. CONCLUSION**

For the foregoing reasons, the government respectfully requests that the Court impose a sentence at the high-end of the Sentencing Guidelines, followed by three years' of supervised release, a special assessment of $300, and a fine of $95,000.