Craig H. Missakian (SBN 125202)
craig@cmlawpartners.com
LAW OFFICES OF CRAIG MISSAKIAN
116 Club Road
Pasadena, CA 91105
Telephone: (818) 802-9811

Attorney for Defendant
John Saro Balian

FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. CR 18-345-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON *EX PARTE* APPLICATION |
| v. | |
| John Saro Balian, | |
| Defendant. | |

- 1 -

PROPOSED ORDER ON EX PARTE APPLICATION

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant's *ex parte* application is granted and Defendant's Response to the Government's Supplemental Position Re Sentencing and Defendant's *Ex Parte* Application to Seal Documents are accepted for filing under seal.

IT IS SO ORDERED.

DATE 3\7\19

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by,

/s/ Craig Missakian

Craig H. Missakian
Attorney for Defendant
John Saro Balian

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 116 Club Road, Pasadena, CA 91105

A true and correct copy of the foregoing documents entitled: **Defendant's Ex Parte Application for Order Sealing Document; Proposed Order on Ex Parte Application; and Defendant's Response to Government's Supplemental Position re Sentencing**
will be served or was served in the manner stated below:

_____ 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankrupty case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

__X__ 2. **SERVED BY UNITED STATES MAIL**:
On March 6, 2019, I served the following persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

JEFFREY MITCHELL
ASSISTANT UNITED STATES ATTORNEY
U.S. ATTORNEY'S OFFICE, CENTRAL DISTRICT OF CALIFORNIA
312 N. SPRING STREET, 13TH FLOOR
LOS ANGELES, CA 90012

☐ Service information continued on attached page

_____ 3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
Pursuant to F.R.Civ.P. 5 on FEBRUARY 25, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 6, 2019 | CRAIG H. MISSAKIAN | *(signed)* Craig Missakian |
|---|---|---|
| Date | Printed Name | Signature |