UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 18-345-JFW**                                       Dated: March 8, 2019

==============================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Jeff P. Mitchell |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | present |
| | Interpreter | |

==============================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   John Saro Balian                            1)   Craig Missakian
     present in custody                               present - retained

_____

PROCEEDINGS:   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant. For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO, PSA, USM

Initials of Deputy Clerk  _sr_
1/20